BRUCE D. GOLDSTEIN #135970
County Counsel
JOSHUA A. MYERS #250988
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: joshua.myers@sonoma-county.org

Attorneys for Defendants
SONOMA COUNTY DEPARTMENT OF
CHILD SUPPORT SERVICES; KIRK GORMAN;
and KATHY SIMON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANDREWS, | **Case No. 17-cv-00252-WHO** |
| Plaintiff, | **DEFENDANT SONOMA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, KIRK GORMAN and KATHY SIMON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF JOSHUA A. MYERS** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS, et al. | |
| Defendants. | |
| | Date: July 19, 2017 |
| | Time: 2:00 p.m. |
| | Courtroom: 2, 17th Floor |
| / | Judge: Hon. William H. Orrick |

Defendants SONOMA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, KIRK GORMAN, and KATHY SIMON (collectively "County Defendants") request this Court take judicial notice of the facts contained in the documents identified below pursuant to Federal Rule of Evidence 201, as such facts are not subject to reasonable dispute herein, and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. This request for judicial

notice is made in connection with County Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, filed concurrently herewith.

When considering a motion to dismiss brought under Rule 12(b)(6), a court may take judicial notice of facts outside the pleadings, including records and reports of administrative bodies, and other matters of public record.  (*See Mack v. South Bay Beer Distribs.*, 798 F.2d 1279, 1282 (9th Cir. 1986), abrogated on other grounds by *Astoria Fed. Sav. and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).)  In addition, a court may consider records filed in other federal cases as well as state court cases.  (*See United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *Busch v. Torres*, 905 F.Supp. 766, 769, fn. 1 and 2 (C.D. Cal. 1995).)  Further, a court may take judicial notice of documents that are referenced in a complaint and made part of its claims:

> Although generally the scope of review on a motion to dismiss for failure to state a claim is limited to the Complaint, a court may consider evidence on which the complaint necessarily relies if: (1) the complaint refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the copy attached to the 12(b)(6) motion. [citation omitted] The Court may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6). [citation omitted].

(*Daniels-Hall v. Natl's Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (internal quotation marks omitted).)

The facts and documents for which judicial notice are sought in this application are Exhibit 1: a true and correct copy of a public document, the certified docket from *Andrews v. Andrews*, Case No. SFL-15804, in the Superior Court of California, in and for the County of Sonoma.

*Andrews v. Andrews* is the family law dissolution and child support enforcement matter which Plaintiff references throughout his First Amended Complaint.  His First Amended Complaint, however, does not mention that the matter is still active.

The further facts and documents for which judicial notice are sought in this application are <u>Exhibit 2</u>: a true and correct copy of a public documents – copies of documents from the matter *Andrews v. Andrews* regarding Plaintiff's guilty plea to contempt charges and his waiver of constitutional rights in doing so.

WHEREFORE, County Defendants respectfully request judicial notice of these documents, and the information contained therein, for consideration in connection with their Motion to Dismiss Plaintiff's First Amended Complaint, set for hearing on July 19, 2017, and for such other and further relief as this Court deems just and proper.

Dated: May 19, 2017              BRUCE D. GOLDSTEIN, County Counsel


By:  <u>/s/ Joshua A. Myers</u>
        Joshua A. Myers
        Deputy County Counsel
        Attorneys for Defendants
        SONOMA COUNTY DEPARTMENT
        OF CHILD SUPPORT SERVICES;
        KIRK GORMAN; KATHY SIMON

**DECLARATION OF JOSHUA A. MYERS**

I, Joshua A. Myers, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and before this court.  I am employed as a Deputy County Counsel with the Sonoma County Counsel's Office.  The facts set forth below are based on my own personal knowledge, except where otherwise indicated, and if called to testify in this matter I could and would competently testify thereto.

2.      The document attached hereto as "Exhibit 1" is a true and correct certified copy of the Superior Court of California, in and for the Sonoma County's computerized docket of the case entitled *Andrews v. Andrews*, Case No. SFL-15804, and it is an official public record of that court.

3.      The document attached hereto as "Exhibit 2" is a true and correct copy of three documents from the court file of the case entitled *Andrews v. Andrews*, Case No. SFL-15804, in the Superior Court of California, in and for the Sonoma County, and they are official public records of that court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of May, 2017, in Santa Rosa, California.

_____/s/ Joshua Myers_____
Joshua A. Myers

Exhibit 1

# CASE SUMMARY

## CASE NO. SFL15804

**ANDREWS DISSO**

| | |
|---|---|
| § | |
| § | Location: **Family** |
| § | Filed on: **08/30/2002** |
| § | County Integrated Justice System: **366385** |
| § | Sonoma County Public Defender: **PUB344386** |
| § | |

---

## CASE INFORMATION

**Statistical Closures**
11/19/2012    Judgment - Judgment/Order

Case Type: **Other Family Law**

Case Flags: **DCSS Intervenor Filed**
**Entire File is Scanned**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | SFL15804 |
| Court | Family |
| Date Assigned | 08/30/2002 |

---

## PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| **Petitioner** | **ANDREWS, TATIANA** | Pro Se<br>707-933-7059(W) |
| **Respondent** | **ANDREWS, MARK T** | **COPPOCK, C WALLACE,**<br>**LAW OFFICES OF**<br>*Retained*<br>707-545-3386(W) |
| | **ANDREWS, TATIANA**<br>Removed: 12/18/2014<br>Unknown | Pro Se<br>707-933-7059(W) |
| | **COUNTY OF SONOMA**<br>Removed: 12/18/2014<br>Unknown | **SONOMA COUNTY DCSS**<br>*Retained*<br>866-901-3212(W) |
| **Minor Child** | **ANDREWS, ALEXIS KAYLEIGH ANN** | |
| | **ANDREWS, GEORGE BENJAMIN** | |
| **Appellant** | **ANDREWS, MARK T**<br>Removed: 12/18/2014<br>Unknown | **COPPOCK, C WALLACE,**<br>**LAW OFFICES OF**<br>*Retained*<br>707-545-3386(W) |
| **Defendant** | **ANDREWS, MARK T**<br>Removed: 11/12/2002<br>Unknown | **COPPOCK, C WALLACE,**<br>**LAW OFFICES OF**<br>*Retained*<br>707-545-3386(W) |
| **Intervenor** | **COUNTY OF SONOMA** | **SONOMA COUNTY DCSS**<br>*Retained*<br>866-901-3212(W) |
| **Other** | **CV-366385, CONV Financial party** | |
| **Plaintiff** | **ANDREWS, TATIANA**<br>Removed: 11/12/2002<br>Unknown | Pro Se<br>707-933-7059(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

08/30/2002    Petition for Dissolution with Minor Child
*summons_issued: Y*

*PETITION FOR DISSOLUTION WITH MINOR CHILD*

*On Date: 2012-11-19 A: Adjudication*
Party: Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Minor Child ANDREWS, ALEXIS KAYLEIGH ANN; Minor Child ANDREWS, GEORGE BENJAMIN

08/30/2002    Summons Filed

*SUMMONS FILED W/O RETURN*

Party: Petitioner ANDREWS, TATIANA

08/30/2002    Declaration Under UCCJEA

*DECL. UNDER UCCJEA*

Party: Petitioner ANDREWS, TATIANA

09/04/2002    **Personal Service - Complaint/Ptn & Summons 415.10**
ANDREWS, MARK T
Served: 09/20/2002
Response Due: 10/20/2002
*A-65 415.10 Personal*

10/16/2002    Order Denying Ex Parte Application

10/16/2002    Order Granting Application for Waiver of Court Fees & Costs

*ORDER GRANTING APPLICATION FOR WAIVER OF COURT FEES & COSTS*

Party: Respondent ANDREWS, MARK T

10/16/2002    Application for Waiver of Court Fees & Costs

*APPLICATION FOR WAIVER OF COURT FEES AND COSTS*

Party: Respondent ANDREWS, MARK T

10/16/2002    Clerk"s Order Granting N-D Appl. For Waiver of Court Fees &

*CLERK'S ORDER GRANTING N-D APPLICATION FOR WAIVER OF COURT FEES & COSTS*

Party: Respondent ANDREWS, MARK T

10/16/2002    Declaration Under UCCJEA

*DECL. UNDER UCCJEA*

Party: Respondent ANDREWS, MARK T

10/16/2002   🗎 Response

*RESPONSE*

Party: Respondent ANDREWS, MARK T

10/16/2002   🗎 Proof of Service by Mail

*(RS) PROOF OF SERVICE BY MAIL FILED*

Party: Respondent ANDREWS, MARK T

10/23/2002   🗎 Subsequent DV Prevention w/ Minor Children
*summons_issued: N*

*DOMESTIC VIOLENCE WITH MINOR CHILD*

*On Date: 2002-11-12 A: Adjudication*
Party: Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Minor Child ANDREWS, ALEXIS KAYLEIGH ANN; Minor Child ANDREWS, GEORGE BENJAMIN

10/23/2002   🗎 Declaration Re: Notice: Ex Parte Application

*DECLARATION RE: NOTICE UPON EX PARTE APPLICATION FOR ORDERS*

Party: Petitioner ANDREWS, TATIANA

10/23/2002   🗎 Request for Order

*FAM LAW OSC - 11/12/2002 at 1:30pm M10, DOMESTIC VIOLENCE, TEMPORARY RESTRAINING ORDER, CHILD CUSTODY, VISITATION, FIREARMS, RECORDING COMMUNICATION, ATTORNEYS FEES, CHILD SUPPORT with reporter*

Party: Petitioner ANDREWS, TATIANA

10/23/2002   🗎 Proof of Service of Summons

*PROOF OF SERVICE*

Party: Respondent ANDREWS, MARK T

11/12/2002   **Domestic Violence** (1:30 PM) (Judicial Officer: Beaman, Dennis)
*TEMPORARY RESTRAINING ORDER CHILD CUSTODY VISITATION FIREARMS RECORDING COMMUNICATION ATTORNEYS FEES CHILD SUPPORT*
Resource: Courtroom Clerk ROWLAND, S
Resource: Location Courtroom 10
Held;
*Held*
*Parties Present: Petitioner     ANDREWS, TATIANA*
*               Respondent    ANDREWS, TATIANA*
*               Plaintiff       ANDREWS, TATIANA*

Other          *ANDREWS, TATIANA*

| 11/12/2002 | Responsive Declaration to Request for Order |

*RESPONSIVE DECLARATION TO OSC OR NTC OF MTN*

Party:  Respondent  ANDREWS, MARK T

| 11/12/2002 | Continued from ? to |

*CONT/D FROM 11/12/2002 TO – 12/10/2002 at 1:30pm M10, DOMESTIC VIOLENCE, TEMPORARY RESTRAINING ORDER, CHILD CUSTODY, VISITATION, FIREARMS, RECORDING COMMUNICATION, ATTORNEYS FEES, CHILD SUPPORT with reporter*

Party:  Petitioner  ANDREWS, TATIANA

| 11/12/2002 | ----------- Courtroom Minutes ------------ (Judicial Officer: Beaman, Dennis ) |

*----------- Courtroom Minutes in M10 -----------*

*REP: A MERTLE CLK: S ROWLAND*
*Counsel G. ROVAI is present with Petitioner TATIANA ANDREWS .*
*Respondent MARK ANDREWS is present In Pro Per.*
*Respondent MARK ANDREWS is sworn and testifies on his own behalf.*
*MATTER IS CONTINUED to December 20, 2002 at 1:30 p.m. in Courtroom 10 for same issues.*
*All current orders remain in full force and effect.*
*The parties are directed to attend their meeting at Family Court Services on NOVEMBER 26, 2002, at 8:30 a.m.*

| 11/12/2002 | Proof of Service |

*Proof of Service filed; Domestic Violence TRO*

Party:  Petitioner  ANDREWS, TATIANA

| 11/12/2002 | Income and Expense Declaration |

*INCOME AND EXPENSE DECLARATION (PL)*

Party:  Petitioner  ANDREWS, TATIANA

| 11/12/2002 | Domestic Violence Restraining Order expires |

*RESTRAINING ORDER AFTER HEARING(Contested) (Dom. Viol. Exp: 12-10-02*

Protected:  Respondent  ANDREWS, MARK T;  Petitioner  ANDREWS, TATIANA;  Minor Child  ANDREWS, ALEXIS KAYLEIGH ANN;  Minor Child  ANDREWS, GEORGE BENJAMIN

| 12/10/2002 | **Domestic Violence (1:30 PM)**  (Judicial Officer: Beaman, Dennis)
*TEMPORARY RESTRAINING ORDER CHILD CUSTODY VISITATION FIREARMS RECORDING COMMUNICATION ATTORNEYS FEES CHILD SUPPORT*
Resource: Courtroom Clerk  ROWLAND, S |

Resource: Location  Courtroom 10
Held;
Held
Parties Present: *Petitioner*    *ANDREWS, TATIANA*
             *Respondent*   *ANDREWS, TATIANA*
             *Plaintiff*    *ANDREWS, TATIANA*
             *Other*       *ANDREWS, TATIANA*

| | |
|---|---|
| 12/10/2002 | Continued from ? to |

*CONT/D FROM 12/10/2002 TO - 04/01/2003 at 1:30pm M10, FOR REVIEW with reporter*

Party:  Petitioner  ANDREWS, TATIANA

12/10/2002   ----------- Courtroom Minutes ------------ (Judicial Officer: Beaman, Dennis )

----------- *Courtroom Minutes in M10* ------------

*REP: J MYERS CLK: S ROWLAND*
*Counsel G. ROVAI is present with Petitioner TATIANA ANDREWS .*
*Respondent MARK ANDREWS is present In Pro Per.*
*Petitioner TATIANA ANDREWS is sworn and testifies on her own behalf.*
*Respondent MARK ANDREWS is sworn and testifies on his own behalf.*
*MATTER IS CONTINUED to April 1, 2003 at 1:30 p.m. in Courtroom 10*
*for same issues.*
*All current orders remain in full force and effect. The Court*
*further orders child support in the amount of $791 per month*
*beginning December 15th. Payments of one-half shall be paid on the*
*1st and the 15th of each month. Payments for the arrears shall be*
*at $35 a month until further order of the Court. The Court orders*
*that Respondent may have visitation with the child on December 15,*
*2002 from 6:30 p.m. to 9:00 p.m to attend a company Christmas party.*
*Contact may only be for the exchange of the child.*
*COURT ADOPTS the Family Mediation report of November 26, 2002.*
*The parties are to attend their Family Mediation appointment on Marc*
*19,2003 8:30 a.m.*

12/10/2002   Domestic Violence Restraining Order expires

*RESTRAINING ORDER AFTER HEARING(Contested)(Dom. Viol. Exp: 4-1-03)*

Protected:  Respondent  ANDREWS, MARK T;  Petitioner  ANDREWS, TATIANA;  Minor Child  ANDREWS, ALEXIS KAYLEIGH ANN;  Minor Child  ANDREWS, GEORGE BENJAMIN

12/10/2002   Income and Expense Declaration

*UNSIGNED INCOME AND EXPENSE DECLARATION FILED IN OPEN COURT (CD)*

12/10/2002   Step Parent Adoption Report

*FAMILY COURT SERVICES REPORT ADOPTED AS AN ORDER OF THE COURT*

03/19/2003   Family Court Services Report

| 04/01/2003 | **Review** (1:30 PM) (Judicial Officer: Daum, Elliot Lee) |
|---|---|
| | Resource: Courtroom Clerk LAMBERT, V |
| | Resource: Location Courtroom 10 |
| | Held; |
| | *Held* |

*Parties Present:* Petitioner    ANDREWS, TATIANA
                    Respondent    ANDREWS, TATIANA
                    Plaintiff    ANDREWS, TATIANA
                    Other    ANDREWS, TATIANA

04/01/2003    ----------- Courtroom Minutes ------------ (Judicial Officer: Daum, Elliot Lee )

*----------- Courtroom Minutes in M10 -----------*

*HON: Elliot Daum REP: K. JOHNSON CLK: V LAMBERT*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews.*
*Respondent Mark T. Andrews is present In Pro Per.*
*MATTER IS CONTINUED to July 22, 2003 at 1:30 p.m. in Courtroom 10*
*for Domestic Violence; Temporary Restraining Order; Child Custody;*
*Visitation; Review.*
*Parties are ordered to appear at Family Court Services on July 7,*
*2003 at 8:30 a.m..*
*COURT ADOPTS the Family Mediation report of March 24, 2003 as*
*modified on the record.*
*RESTRAINING ORDERS are granted as modified.*
*All current orders remain in full force and effect.*
*Restraining Order is signed and filed to expire on July 22, 2003.*
*Counsel for petitioner to prepare and submit formal order.*
*PARTIES ARE ORDERED TO APPEAR AT FAMILY COURT SERVICES ON July 7,*
*2003 @ 8:30 a.m.*

04/01/2003    Continued from ? to

*CONT'D FROM 04/01/2003 TO - 07/22/2003 at 1:30pm M10, FOR REVIEW,*
*DOMESTIC VIOLENCE, CHILD CUSTODY, VISITATION with reporter*

Party:  Petitioner  ANDREWS, TATIANA

04/01/2003    Domestic Violence Restraining Order expires

*RESTRAINING ORDER AFTER TRIAL EXPIRES 7/22/2003*

Protected:  Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Minor
Child ANDREWS, ALEXIS KAYLEIGH ANN; Minor Child ANDREWS, GEORGE
BENJAMIN

07/07/2003    Family Court Services Report

07/22/2003    *CANCELED* **Review** (1:30 PM) (Judicial Officer: Daum, Elliot Lee)
                 *DOMESTIC VIOLENCE CHILD CUSTODY VISITATION*
                 *Continued*
                 Held;
                 *Held*

*Parties Present:* Petitioner    ANDREWS, TATIANA
                    Respondent    ANDREWS, TATIANA
                    Plaintiff    ANDREWS, TATIANA
                    Other    ANDREWS, TATIANA

| 07/22/2003 | 🖾 ----------- Courtroom Minutes ------------ (Judicial Officer: Daum, Elliot Lee ) |
|---|---|

*----------- Courtroom Minutes in M10 -----------*

*HON: Elliot Daum REP: BRENDA KRAEGER CLK: V LAMBERT*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews.*
*Respondent Mark Andrews is not present*
*Court adopts the Family Mediation report of 07/12/2003*
*PARTIES ARE ORDERED TO APPEAR ON 01/14/2004 AT 1:30 pm AT FAMILY*
*COURT SERVICES*
*Upon conclusion of statements from counsel, Restraining Orders are*
*granted as requested on the Order to Show Cause.*
*All current orders remain in full force and effect*
*DOMESTIC VIOLENCE RESTRAINING ORDER EXPIRES 07/22/2006*
*Court defers referral to Kids Turn.*

| 07/22/2003 | 🖾 Domestic Violence Restraining Order expires |
|---|---|

Protected:  Respondent  ANDREWS, MARK T;  Petitioner  ANDREWS, TATIANA

| 07/22/2003 | Clerical Continuance |
|---|---|

*CLERICAL CONTINUANCE - 7/22/2003 1:30P M10 FOR REVIEW*

Party:  Petitioner  ANDREWS, TATIANA

| 07/22/2003 | Continued from ? to |
|---|---|

*CONTINUED FROM 07/22/2003 TO - 01/27/2004 at 1:30pm M10, FOR*
*REVIEW, DOMESTIC VIOLENCE, CHILD CUSTODY, VISITATION with reporter*

Party:  Petitioner  ANDREWS, TATIANA

| 07/22/2003 | **Judgment** (Judicial Officer: Daum, Elliot Lee) |
|---|---|

Party (ANDREWS, MARK T)
Party (ANDREWS, TATIANA)
Party (COUNTY OF SONOMA)
Comment (DOMESTIC VIOLENCE RESTRAINING ORDER EXPIRES 07/22/2006)

| 07/31/2003 | 🖾 Proof of Service by Mail |
|---|---|

Party:  Petitioner  ANDREWS, TATIANA

| 08/28/2003 | 🖾 Notice of Non-Availability |
|---|---|

*NOTICE OF NONAVAILABILITY*

Party:  Petitioner  ANDREWS, TATIANA

| 09/09/2003 | 🖾 Notice of Motion |
|---|---|

*NOTICE OF MOTION*
****STATUS ONLY*** - 11/21/2003 at 9:00am S8, BIFURCATION with*
*reporter*

Party:  Petitioner  ANDREWS, TATIANA

| 09/09/2003 | Declaration Re: Service of Dec of Disclosure |

*DEC REGARDING SERVICE OF DEC OF DISCLOSURE (PE) PRELIM*

Party: Petitioner ANDREWS, TATIANA

| 09/09/2003 | Memo of P&A in Support |

*MEMO OF P&A IN SUPPORT OF REQUEST FOR SEPARATE TRIAL RE: DISSOLUTIONOF STATUS OF MARRIAGE*

Party: Petitioner ANDREWS, TATIANA

| 10/01/2003 | Proof of Service by Mail |

*PROOF OF SERVICE BY MAIL*

Party: Petitioner ANDREWS, TATIANA

| 11/21/2003 | **Bifurcation** (9:00 AM) (Judicial Officer: Chouteau, Rene A) |

Resource: Courtroom Clerk Rogers, Christine
Resource: Location Courtroom 8
Held;
*Held*
*Parties Present: Petitioner* ANDREWS, TATIANA
               *Respondent* ANDREWS, TATIANA
               *Plaintiff* ANDREWS, TATIANA
               *Other* ANDREWS, TATIANA

| 11/21/2003 | ----------- Courtroom Minutes ----------- (Judicial Officer: Chouteau, Rene A ) |

*----------- Courtroom Minutes in S8 -----------*

*REP: Julie McElhaney CLK: Christine Rogers*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews.*
*Respondent Mark Andrews, self represented party, is present, is*
*administered the oath and testifies.*
*Court adopts its previously published tentative ruling as follows:*
*The court grants petitioner's motion for bifurcation of marital st*
*atus subject to petitioner indemnifying respondent re: Social*
*Security benefits.*
*FINDINGS AND ORDER AFTER HEARING*
*CONTINUED FROM 11/21/2003 TO - 01/30/2004 at 8:30am STBA, CASE*
*MANAGEMENT CONFERENCE with reporter*

| 11/21/2003 | Findings and Order After Hearing |

| 11/21/2003 | Judgment Status Only |

*JUDGMENT STATUS ONLY*

Party: Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Minor Child ANDREWS, ALEXIS KAYLEIGH ANN; Minor Child ANDREWS, GEORGE BENJAMIN

| | |
|---|---|
| 11/21/2003 | Notice of Entry of Judgment |

*NOTICE OF ENTRY OF JUDGMENT*

| | |
|---|---|
| 01/14/2004 | Family Court Services Report |
| 01/20/2004 | Notice Regarding Payment of Support/Intervenor |

*NOTICE REGARDING PAYMENT OF SUPPORT/INTERVENOR*

Intervenor: Intervenor COUNTY OF SONOMA

| | |
|---|---|
| 01/20/2004 | Abstract of Support Judgment |

*ABSTRACT OF SUPPORT JUDGMENT*

*Issued for: MARK T ANDREWS Date Service: 20040120 County: SON*

Party: Intervenor COUNTY OF SONOMA

| | |
|---|---|
| 01/21/2004 | Declaration |

*DECLARATION tatiana andrews*

Party: Petitioner ANDREWS, TATIANA

| | |
|---|---|
| 01/22/2004 | Proof of Service by Mail |
| | Party: Attorney SONOMA COUNTY DCSS |
| 01/23/2004 | Statement of Issues/Settlement Conference or Trial |

*FAMILY LAW CMC WORKSHEET*

Party: Petitioner ANDREWS, TATIANA

| | |
|---|---|
| 01/27/2004 | **Review** (1:30 PM) (Judicial Officer: Guynup, Gayle C) |

*DOMESTIC VIOLENCE CHILD CUSTODY VISITATION*
Resource: Courtroom Clerk LAMBERT, V
Resource: Location Courtroom 10
Held;
*Held*
Parties Present: *Petitioner*    *ANDREWS, TATIANA*
                    *Respondent*   *ANDREWS, TATIANA*
                    *Plaintiff*     *ANDREWS, TATIANA*
                    *Other*       *ANDREWS, TATIANA*

| | |
|---|---|
| 01/27/2004 | ----------- Courtroom Minutes ----------- (Judicial Officer: Guynup, Gayle C ) |

*----------- Courtroom Minutes in M10 -----------*

*HON: G GUYNUP REP: A MERTLE CLK: V LAMBERT*
*Counsel Georgiann Rovai is present with Plaintiff Tatiana*
*Andrews.*

*Defendant Mark Andrews, self represented party, is present, is administered the oath and testifies.*
*Court adopts the Family Mediation report of 01/15/2004*
*PARTIES ARE ORDERED TO APPEAR ON 06/04/2004 AT 10:00 am AT FAMILY COURT SERVICES*
*All current orders remain in full force and effect*
*Father must attend Kids Turn*
*Father is ordered to contact California Parenting Institute*
*CONTINUED FROM 01/27/2004 TO 06/21/2004 - 06/21/2004 at 1:30pm M10, FOR REVIEW, CHILD CUSTODY, VISITATION with reporter*
*Ten for Review; Child Custody; Visitation.*

| | | |
|---|---|---|
| 01/27/2004 | | Order |

*AMENDED RESTRAINING ORDER AFTER HEARING EXPIRES 7-22-06*

01/30/2004    **Case Management Conference** (8:30 AM)
     Resource: Location SUPERIOR COURT TBA-SUPERIOR CT TBA

06/04/2004    Family Court Services Appointment Information Report

06/21/2004    **Review** (1:30 PM) (Judicial Officer: Daum, Elliot Lee)
     *CHILD CUSTODY VISITATION*
     Resource: Courtroom Clerk LAMBERT, V
     Resource: Location Courtroom 10
     Held;
     *Held*
     *Parties Present: Petitioner    ANDREWS, TATIANA*
                  *Respondent    ANDREWS, TATIANA*
                  *Plaintiff    ANDREWS, TATIANA*
                  *Other    ANDREWS, TATIANA*

06/21/2004    ----------- Courtroom Minutes ----------- (Judicial Officer: Daum, Elliot Lee )

     *----------- Courtroom Minutes in M10 -----------*

     *HON: ELLIOT LEE DAUM REP: Kim Y. Rotherham CLK: V LAMBERT*
     *Counsel Georgiann Rovai is present with Plaintiff Tatiana Andrews.*
     *Plaintiff Tatiana Andrews. is present.*
     *Defendant Mark Andrews is not present*
     *All current orders remain in full force and effect*

06/21/2004    Findings and Order After Hearing

     *FINDINGS AND ORDER AFTER HEARING*

09/02/2004    Financial Statement (Simplified)

     *FINANCIAL STATEMENT (SIMPLIFIED) rs*

     Party: Respondent ANDREWS, MARK T

09/02/2004    Application for Waiver of Court Fees & Costs

*APPLICATION FOR WAIVER OF COURT FEES & COSTS*

Party: Respondent  ANDREWS, MARK T

09/02/2004    Order Granting Application for Waiver of Court Fees & Costs

*ORDER GRANTING APPLICATION FOR WAIVER OF COURT FEES & COSTS RS (EXP 3-3-05)*

Party: Respondent  ANDREWS, MARK T

09/02/2004    Family Law 1st Paper Fee

*FAMILY LAW 1ST PAPER FEE S000657065*

09/02/2004    Proof of Service by Mail

*PROOF OF SERVICE BY MAIL*

Party: Respondent  ANDREWS, MARK T

09/02/2004    Notice of Motion

*NOTICE OF MOTION*
*\*\*\*COUNSELING FOR CHILDREN\*\*\* - 10/04/2004 at 8:30am S6,*
*MODIFICATION VISITATION, MODIFICATION CHILD SUPPORT with reporter*

Party: Respondent  ANDREWS, MARK T

09/10/2004    Abstract of Support Judgment

*ABSTRACT OF SUPPORT JUDGMENT*

*Issued for: MARK T ANDREWS Date Service: 20040910 County: NAP*

Party: Intervenor  COUNTY OF SONOMA

09/15/2004    Responsive Declaration to Request for Order

*RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION*

Party: Petitioner  ANDREWS, TATIANA

09/15/2004    Income and Expense Declaration

*INCOME AND EXPENSE DECLARATION pe*

Party: Petitioner  ANDREWS, TATIANA

09/15/2004    Declaration

*DECLARATION georgiann rovai for continuance of hearing*

Party: Petitioner ANDREWS, TATIANA

09/20/2004    Proof of Service by Mail
            Party: Attorney SONOMA COUNTY DCSS

09/20/2004    Proof of Service by Mail
            Party: Intervenor COUNTY OF SONOMA

09/20/2004    Response to Governmental Motion or OSC

            *RESPONSE TO GOVERNMENTAL MOTION OR OSC AND (2)POS ATTACHED*

            Party: Intervenor COUNTY OF SONOMA

09/23/2004    Family Court Services Report

09/24/2004    Family Court Services Report
            *CUSTODY AND VISITATION ATTACHMENT ONLY*

10/04/2004    **Modification Visitation (8:30 AM)** (Judicial Officer: Bayles-Fightmaster, Louise)
            *MODIFICATION CHILD SUPPORT*
            Resource: Courtroom Clerk Frost, Alyce
            Resource: Location Courtroom 6
            Held;
            *Held*
            Parties Present: Defendant    ANDREWS, MARK T
                             Respondent    ANDREWS, MARK T
                             Appellant     ANDREWS, MARK T
                             Other          ANDREWS, MARK T

10/04/2004    ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

            *----------- Courtroom Minutes in S6 -----------*

            *HON: Louise Bayles-Fightmaster REP: R KOOP CLK: A. Frost*
            *Issue: Mod. Visitation and Child Support*
            *Counsel Carrie Lewis is present on behalf of Child Support*
            *Services.*
            *Petitioner T. Andrews is not present*
            *Attorney William Shea is appearing on behalf of Georgiann Rovai,*
            *Counsel for Petitioner, and requests a continuance.*
            *Respondent Mark Andrews is not present*
            *CONTINUED FROM 10/04/04 TO - 10/18/2004 at 8:30am S6, MODIFICATION*
            *VISITATION, MODIFICATION CHILD SUPPORT with reporter*

10/18/2004    **Modification Visitation (8:30 AM)** (Judicial Officer: Bayles-Fightmaster, Louise)
            *MODIFICATION CHILD SUPPORT*
            Resource: Courtroom Clerk Frost, Alyce
            Resource: Location Courtroom 6
            Held;
            *Held*
            Parties Present: Defendant    ANDREWS, MARK T
                             Respondent    ANDREWS, MARK T
                             Appellant     ANDREWS, MARK T
                             Other          ANDREWS, MARK T

| 10/18/2004 | ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |
|---|---|

*----------- Courtroom Minutes in S6 -----------*

*HON: Louise Bayles-Fightmaster REP: R KOOP CLK: A. Frost*
*Issue: Mod Visitation and Child Support*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*Counsel Georgiann Rovai is present with Petitioner Tatiana*
*Andrews.*
*Respondent Mark T. Andrews is present.*
*Court orders Respondent to hair follicle and drug testing.*
*FINDINGS AND ORDER AFTER HEARING*
*CONTINUED FROM 10/18/04 TO - 12/06/2004 at 8:30am S6, MODIFICATION*
*VISITATION, MODIFICATION CHILD SUPPORT with reporter*
*All current orders remain in full force and effect*

| 10/18/2004 | Findings and Order After Hearing |
|---|---|

| 12/06/2004 | **Modification Visitation** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |
|---|---|

    *MODIFICATION CHILD SUPPORT*
    Resource: Courtroom Clerk Beas, L. C.
    Resource: Location Courtroom 6
    Held;
    *Held*
    Parties Present:  *Defendant*    *ANDREWS, MARK T*
                     *Respondent*   *ANDREWS, MARK T*
                     *Appellant*    *ANDREWS, MARK T*
                     *Other*       *ANDREWS, MARK T*

| 12/06/2004 | Statement of Issues |
|---|---|

    *STATEMENT OF DISPUTED ISSUES (ISSUE SHEET)*
    Party:  Respondent  ANDREWS, MARK T;  Petitioner  ANDREWS, TATIANA

| 12/06/2004 | ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |
|---|---|

*----------- Courtroom Minutes in S6 -----------*

*HON: Louise Bayles-Fightmaster REP: B L Peterson CLK: L. C. Beas*
*Issue: Mod of Visitation & Child Support*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*Counsel Georgiann Rovai is present with Plaintiff Tatiana Andrews.*
*Defendant Mark T Andrews is present.*
*STIPULATION RE: JUDGE/PRO TEM COMMISSIONER*
*Child Support of $204.00 per month is ordered effective 9/2/04.*
*Defendant is to do job search unless he provides a doctor's*
*verification stating that he is unable to work in any capacity.*
*PARTIES ARE ORDERED TO APPEAR ON 1/28/2005 AT 8:30 am AT FAMILY*
*COURT SERVICES*
*ORDER AFTER HEARING*
*CONTINUED FROM 12/06/04 TO - 02/14/2005 at 8:30am S6, MODIFICATION*
*VISITATION, MODIFICATION CHILD SUPPORT with reporter*

| 12/06/2004 | Stipulation Re: Judge/Pro Tem Commissioner |
|---|---|

| 12/06/2004 | Order After Hearing |
|---|---|

| 12/16/2004 | Substitution of Attorney |
| | |

*SUBSTITUTION OF ATTORNEY (RS)*

Party: Respondent ANDREWS, MARK T

| 12/16/2004 | Notice of Motion |

*NOTICE OF MOTION*
*\*\*\*RECONSIDERATION OF CS ORDER OF 12/6/04\*\*\* - 02/14/2005 at 8:30am*
*S6, MODIFICATION CHILD SUPPORT, MODIFICATION SPOUSAL SUPPORT,*
*MODIFICATION OF ATTORNEYS FEES, RECONSIDERATION with repor*

Party: Respondent ANDREWS, MARK T

| 12/16/2004 | Memo of P&A in Support |

*MEMO OF P&A IN SUPPORT OF MTN FOR RECONSIDERATION OR MOD OF CS/SS*

Party: Respondent ANDREWS, MARK T

| 12/21/2004 | Proof of Service by Mail |

*PROOF OF SERVICE BY MAIL*

Party: Respondent ANDREWS, MARK T

| 12/22/2004 | Special Transcript Order Form |

| 01/12/2005 | Filed Document |

*REPORTER'S TRANSCRIPT OF PROCEEDINGS, TUESDAY, JANUARY 27, 2004*
*FILED*

| 02/03/2005 | Family Court Services Report |

| 02/14/2005 | **Modification Visitation** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*MODIFICATION CHILD SUPPORT*
Resource: Courtroom Clerk Beas, L. C.
Resource: Location Courtroom 6
Held;
*Held*
Parties Present: *Defendant ANDREWS, MARK T*
*Respondent ANDREWS, MARK T*
*Appellant ANDREWS, MARK T*
*Other ANDREWS, MARK T*

| 02/14/2005 | **Modification Child Support** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*MODIFICATION SPOUSAL SUPPORT MODIFICATION OF ATTORNEYS FEES*
*RECONSIDERATION*
Resource: Courtroom Clerk Beas, L. C.
Resource: Location Courtroom 6
Held;

*Held*
*Parties Present:* Defendant   *ANDREWS, MARK T*
               Respondent   *ANDREWS, MARK T*
               Appellant   *ANDREWS, MARK T*
               Other   *ANDREWS, MARK T*

| | |
|---|---|
| 02/14/2005 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |

           ----------- *Courtroom Minutes in S6* ------------

*HON: Louise Bayles-Fightmaster REP: F SANDERS CLK: L. C. Beas*
*Issue: Modification of Child and Spousal Support, Modification of*
*Attorneys Fees, Reconsideration*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*NOTICE OF STIPULATED CONTINUANCE*
*CONTINUED FROM 02/14/05 TO - 02/28/2005 at 8:30am S6, MODIFICATION*
*CHILD SUPPORT, MODIFICATION SPOUSAL SUPPORT, MODIFICATION OF*
*ATTORNEYS FEES, RECONSIDERATION with reporter*

| | |
|---|---|
| 02/14/2005 | Notice of Stipulated Continuance |

| | |
|---|---|
| 02/18/2005 | Proof of Service by Mail |
| | Party: Intervenor COUNTY OF SONOMA |

| | |
|---|---|
| 02/25/2005 | Statement of Disputed Issues (Issue Sheet) Recieved |
| | *Domestic/Title IV-D OSC* |

| | |
|---|---|
| 02/28/2005 | **Modification Child Support (8:30 AM)** (Judicial Officer: Bayles-Fightmaster, Louise ) |

        *MODIFICATION SPOUSAL SUPPORT MODIFICATION OF ATTORNEYS FEES*
        *RECONSIDERATION*
        Resource: Courtroom Clerk Beas, L. C.
        Resource: Location Courtroom 6
        Held;
        *Held*
        *Parties Present:* Defendant   *ANDREWS, MARK T*
                        Respondent   *ANDREWS, MARK T*
                        Appellant   *ANDREWS, MARK T*
                        Other   *ANDREWS, MARK T*

| | |
|---|---|
| 02/28/2005 | Declaration |
| | *OF MARK ANDREWS* |
| | Party: Respondent ANDREWS, MARK T |

| | |
|---|---|
| 02/28/2005 | Declaration |
| | *OF LEANDER J. MORGAN* |
| | Party: Respondent ANDREWS, MARK T |

| | |
|---|---|
| 02/28/2005 | Stipulation Re: Judge/Pro Tem Commissioner (Judicial Officer: Superior Court, Judicial Officer ) |

| | |
|---|---|
| 02/28/2005 | Income and Expense Declaration |
| | Party: Respondent ANDREWS, MARK T |

| | |
|---|---|
| 02/28/2005 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |

----------- *Courtroom Minutes in S6* -----------

*HON: Louise Bayles-Fightmaster REP: Ellen Cooper CLK: L. C. Beas*
*Issue: Mod of Child Support, Spousal Support Attorneys Fees and*
*Reconsideration*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews*
*Counsel Carol Gorenberg is present with Respondent Mark T. Andrews.*
*Child visitation to be for 2 hours on Sunday from 2 to 4 pm*
*effective Sun 3/8/05. Exchange to take place in front of Sonoma*
*Cheese Factory.*
*Respondent to comply with all family law and criminal restraining*
*orders.*
*FINDINGS AND ORDER AFTER HEARING*
*PARTIES ARE ORDERED TO APPEAR ON 4/27/2005 AT 8:30 am AT FAMILY*
*COURT SERVICES*
*Court adopts the Family Mediation report of 2/3/05 as modified on*
*the record.*
*Child Support of $324 per month is ordered effective 2/1/05.*
*Respondent to pay Petitioner*
*Spousal Support of $196 per month is effective 2/1/05.*
*Petitioner to pay Respondent*
*By off setting the spousal support amount, Respondent to pay*
*$128.00child support to Petitioner.*
*CONTINUED FROM 2/28/05 TO - 05/23/2005 at 8:30am S11, MODIFICATION*
*CHILD SUPPORT with reporter*

| | | |
|---|---|---|
| 02/28/2005 | 🗋 | Findings and Order After Hearing |
| 03/01/2005 | 🗋 | Proof of Personal Service |

*PROOF OF PERSONAL SERVICE*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 03/07/2005 | Special Calendar Event |

*SPECIAL CALENDAR EVENT*
*SET A PLAN FOR GLOBAL RESOLUTION; PERMANENT SPOUSAL SUPPORT -*
*03/25/2005 at 9:30am S8, STATUS CONFERENCE with reporter*

| | | |
|---|---|---|
| 03/07/2005 | 🗋 | Family Law Pleading |

*NOTICE OF HEARING FOR 3/25/05 AT 9:30 A.M. IN DEPT. 8*

| | | |
|---|---|---|
| 03/10/2005 | 🗋 | Proof of Service by Mail |
| | | Party: Intervenor COUNTY OF SONOMA |
| 03/10/2005 | 🗋 | Proof of Service by Mail |
| | | Party: Intervenor COUNTY OF SONOMA |
| 03/14/2005 | | Clerical Continuance |

*CLERICAL CONTINUANCE - 3/25/2005 9:30A S8 STATUS*

03/14/2005   Continued from ? to

      *- 04/01/2005 at 9:30am S8, STATUS CONFERENCE with reporter - 04/01/2005 at 9:30am S8, STATUS CONFERENCE with reporter*

03/24/2005   Findings and Order After Hearing

      *FINDINGS AND ORDER AFTER HEARING*

03/25/2005   *CANCELED* **Status Conference** (9:30 AM) (Judicial Officer: Nadler, Gary)
      *Continued*

03/28/2005   Request/Questionnaire

      *STATUS CONFERENCE QUESTIONNAIRE*

      Party: Petitioner ANDREWS, TATIANA

03/29/2005   Received
      *FAX FROM ATT RE: CONTINUANCE*

03/29/2005   Clerical Continuance

      *CLERICAL CONTINUANCE - 4/01/2005 9:30A S8 STATUS*

03/29/2005   Continued from ? to

      *CONTINUED FROM 04/01/2005 TO - 04/01/2005 at 9:30am S8, STATUS CONFERENCE with reporter*

04/01/2005   *CANCELED* **Status Conference** (9:30 AM) (Judicial Officer: Nadler, Gary)
      *Continued*
      Held;
      *Held*

04/01/2005   **Status Conference** (9:30 AM) (Judicial Officer: Nadler, Gary)
      Resource: Courtroom Clerk Rosario, Irene
      Resource: Location Courtroom 8
      Held;
      *Held*

04/01/2005   ----------- Courtroom Minutes ----------- (Judicial Officer: Nadler, Gary )

      ----------- *Courtroom Minutes in S8* -----------

      *HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO STATUS CONFERENCE*
      *Counsel Georgiann Rovai is present with Petitioner TATIANA ANDEREWS.*

*Counsel Carol Gorgenber is present with Respondent MARK ANDREWS.*
*Following discussion with Court and parties the matter is continued*
*to department 8 on 5/23/2005 (dropped from department 11).*
*CONTINUED FROM 04/01/2005 TO - 05/23/2005 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*
*reporter*
*Counsel Gorenberg files a subsitution of attorney (subs out)*

| | |
|---|---|
| 04/01/2005 | Dropped From Calendar |

*DROPPED FROM CALENDAR - 5/23/2005 8:30A S11 MOD CS*

| | |
|---|---|
| 04/01/2005 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/01/2005 | Request/Questionnaire |

*STATUS CONFERENCE QUESTIONNAIRE*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 05/04/2005 | Family Court Services Report |
| 05/19/2005 | Special Calendar Event |

*SPECIAL CALENDAR EVENT - 05/23/2005 at 8:30am S11, MODIFICATION*
*CHILD SUPPORT with reporter*

Party: Intervenor COUNTY OF SONOMA

| | |
|---|---|
| 05/23/2005 | **CANCELED Modification Child Support** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |

    *Dropped*
    Held;
    Held
    Parties Present:  *Defendant*     ANDREWS, MARK T
                    *Respondent*   ANDREWS, MARK T
                    *Appellant*    ANDREWS, MARK T
                    *Other*        ANDREWS, MARK T

| | |
|---|---|
| 05/23/2005 | **Modification Visitation** (8:30 AM) (Judicial Officer: Nadler, Gary) |

    *OTHER*
    Resource: Courtroom Clerk Rosario, Irene
    Resource: Location Courtroom 8
    Held;
    Held
    Parties Present:  *Defendant*     ANDREWS, MARK T
                    *Respondent*   ANDREWS, MARK T
                    *Appellant*    ANDREWS, MARK T
                    *Other*        ANDREWS, MARK T

| | |
|---|---|
| 05/23/2005 | **Modification Child Support** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |

    Resource: Courtroom Clerk Beas, L. C.

Resource: Location Courtroom 11
Held;
*Held*
*Parties Present: Respondent*     COUNTY OF SONOMA
         *Intervenor*      COUNTY OF SONOMA

05/23/2005     ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )

---------- *Courtroom Minutes in S11* ------------

*HON: Louise Bayles-Fightmaster REP: Janet L. Hunnicutt CLK: L. C. Beas*
*Issue: Modification Child Support*
*Counsel Cindy Biehler is present on behalf of Child Support*
*Services.*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews*
*Respondent Mark T Andrews is present.*
*CONTINUED FROM 5/23/05 TO - 06/27/2005 at 8:30am S11, REVIEW,*
*CONTEMPT with reporter*

05/23/2005     ---------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary )

---------- *Courtroom Minutes in S8* ------------

*HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO*
*ISSUES;MODFICATION VISITATION*
*Counsel Gerogiann Rovai is present with Petitioner TATIANA ANDREWS.*
*Counsel Rudy Bonilla is present with Respondent MARK ANDREWS.*
*Following testimony the court makes the following orders pursuant to*
*3048 of the Family Code;*
*Court adopts the Family Mediation report of 05/04/2005 as modified*
*on the record.*
*Court finds no evidence to support request for Fathers supervised*
*visitation.*
*Court issues general admonishment in regards to peacful contact*
*Further the Court orders the father to attend 2 AA meetings per*
*weekend have drug testing (1 x per month) at the request of Mother.*
*Should the drug test be negative the Mother shall pay for test.*
*Should the test be positive then Father shall pay for drug test.*
*The Court issues a Gavron warning.*
*PARTIES ARE ORDERED TO APPEAR ON 09/22/2005 AT 10:00 am AT FAMILY*
*COURT SERVICES*
*CONTINUED FROM 05/23/2005 TO - 10/17/2005 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*
*Petitioners counsel is to prepare and submit formal order for*
*Courts signature.*

05/23/2005     Statement of Disputed Issues (Issue Sheet) Recieved
            *Domestic/Title IV-D OSC*

06/16/2005     Declaration

            *DECLARATION RS*

Party: Respondent ANDREWS, MARK T

06/16/2005     Proof of Service by Mail

            *PROOF OF SERVICE BY MAIL DCSS*

Party: Respondent ANDREWS, MARK T

06/16/2005    Proof of Service by Mail

*PROOF OF SERVICE BY MAIL GEORGIANN ROVIA*

Party: Respondent ANDREWS, MARK T

06/17/2005    Notice of Limited Scope Representation

*NOTICE OF LIMITED REPRESENTATION*

Party: Respondent ANDREWS, MARK T

06/27/2005    **Review** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise)
       *CONTEMPT*
       Resource: Courtroom Clerk Beas, L. C.
       Resource: Location Courtroom 11
       Held;
       *Held*

06/27/2005    ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

       *----------- Courtroom Minutes in S11 -----------*

       *HON: Louise Bayles-Fightmaster REP: F SANDERS CLK: L. C. Beas*
       *Issue: Review Contempt*
       *Counsel Cindy Biehler is present on behalf of Child Support*
       *Services.*
       *Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews*
       *Respondent Mark T. Andrews is present.*
       *Defendant shall seek full time employment beginning forthwith and*
       *submit to DCSS each two weeks a list of at least 10 different*
       *places he has applied for employment.*
       *Defendant shall register with a minimum of three employment*
       *agenciesforthwith and provide verification to DCSS.*
       *Defendant shall comply with this job search order until such time*
       *as defendant provides written verification from his doctor that*
       *defendant is disabled and unable to work in any capacity, part-time*
       *or full time; the diagnosis and planned treatment of said*
       *disability and the length of time the disability that prevents*
       *defendant from working in any capacity is expected to last. The*
       *doctor's written verification must be delivered to DCSS upon*
       *defendant's receipt of same from his doctor.*
       *ORDER AFTER HEARING*
       *CONTINUED FROM 6/27/05 TO - 08/01/2005 at 8:30am S11, REVIEW,*
       *COMPLIANCE, JOB SEARCH, MODIFICATION CHILD SUPPORT with reporter*

06/27/2005    Order After Hearing

08/01/2005    **Review** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise)
       *COMPLIANCE JOB SEARCH MODIFICATION CHILD SUPPORT*
       Resource: Courtroom Clerk Beas, L. C.
       Resource: Location Courtroom 11
       Held;
       *Held*

08/01/2005

---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )

---------- *Courtroom Minutes in S11* ------------

*HON: Louise Bayles-Fightmaster REP: BRENDA KRAEGER CLK: L. C. Beas*
*Issue: Compliance Job Search & Modification of Child Support*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews*
*Respondent Mart T Andrews is not present*
*INCOME AND EXPENSE DECLARATION (RS)*
*Child Support of $361 per month is ordered effective 8/1/05.*
*Petitioner to pay $41 per month as spousal support for spousal*
*support effective 8/1/05. The child support obligation is offset*
*against Petitioner's spousal support obligation.*
*ORDER AFTER HEARING*

| | | |
|---|---|---|
| 08/01/2005 | | Income and Expense Declaration |
| 08/01/2005 | | Order After Hearing |
| 10/03/2005 | | Family Court Services Report |
| 10/17/2005 | | **Modification Visitation** (8:30 AM)  (Judicial Officer: Nadler, Gary) |

       *OTHER*
       Resource: Courtroom Clerk  Rosario, Irene
       Resource: Location  Courtroom 8
       Held;
       *Held*
       *Parties Present:*  *Defendant*     *ANDREWS, MARK T*
                       *Respondent*  *ANDREWS, MARK T*
                       *Appellant*    *ANDREWS, MARK T*
                       *Other*        *ANDREWS, MARK T*

| | | |
|---|---|---|
| 10/17/2005 | | ---------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary ) |

---------- *Courtroom Minutes in S8* ------------

*HON: Gary Nadler REP: Kimberly K. Elwell CLK: I ROSARIO*
*ISSUES; MODIFICATION VISITATION*
*Counsel Georgiann Rovai is present with Petitioner TATIANA*
*ANDREWS.*
*Counsel Rudy Bonilla is present with Respondent MARK ANDREWS.*
*Upon discussion with the Court the matter is continued for Judge*
*Nadler*
*All current orders remain in full force and effect*
*CONTINUED FROM 10/17/2005 TO - 12/01/2005 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*

| | | |
|---|---|---|
| 10/17/2005 | | Statement of Disputed Issues (Issue Sheet) Recieved |

       *Domestic/Title IV-D OSC*

| | | |
|---|---|---|
| 11/14/2005 | | Findings and Order After Hearing |

*FINDINGS AND ORDER AFTER HEARING*

Party:  Petitioner  ANDREWS, TATIANA

# CASE SUMMARY
## CASE NO. SFL15804

| | |
|---|---|
| 12/01/2005 | **Modification Visitation (8:30 AM)** (Judicial Officer: Nadler, Gary) |
| | *OTHER* |
| | Resource: Courtroom Clerk Rosario, Irene |
| | Resource: Location Courtroom 8 |
| | Held; |
| | *Held* |

Parties Present: Defendant ANDREWS, MARK T
       Respondent ANDREWS, MARK T
       Appellant  ANDREWS, MARK T
       Other   ANDREWS, MARK T

---

12/01/2005 ----------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary )

----------- *Courtroom Minutes in S8* ------------

*HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO*
*ISSUES; MODIFICATION VISITATION*
*Counsel Georgianne Rovai is present with Petitioner TATIANA ANDREWS*
*Petitioner TATIANA ANDREWS is administered the oath and testifies*
*on her own behalf.*
*Counsel Rudy Bonilla is present with Respondent MARK ANDREWS.*
*Respondent MARK ANDREWS is administered the oath and testifies on*
*his own behalf.*
*Court counsel have unreported side bar discussion*
*Court and Counsel have unreported inchamber discussion.*
*Stipulation and order is submitted for the Court's signature.*
*Court adopts the Family Mediation report of 10/03/20005 as*
*modified on the record.*
*STIPULATION AND ORDER ON ORDER TO SHOW CAUSE/MOTION*
*CONTINUED FROM 12/01/2005 TO - 03/02/2006 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*

---

12/01/2005 Stipulation and Order on Order to Show Cause/Motion

---

12/01/2005 Statement of Disputed Issues (Issue Sheet) Recieved
      *Domestic/Title IV-D OSC*

---

12/15/2005 Order to Show Cause and Affidavit for Contempt

*ORDER TO SHOW CAUSE AND AFFIDAVIT FOR CONTEMPT - 03/06/2006 at*
*1:30pm S11, ORDER TO SHOW CAUSE, CONTEMPT with reporter*

Party: Intervenor COUNTY OF SONOMA

---

02/24/2006 Clerk Letter Returning Document Unfiled
      *RETURNING LETTER - EX PARTE COMMUNICATION*
      Party: Respondent ANDREWS, MARK T

---

02/24/2006 Proof of Personal Service

*PROOF OF PERSONAL SERVICE*

Party: Intervenor COUNTY OF SONOMA

---

03/02/2006 **Modification Visitation (8:30 AM)** (Judicial Officer: Nadler, Gary)
      *OTHER*

Printed on 05/03/2017 at 10:49 AM

Resource: Courtroom Clerk Rosario, Irene
Resource: Location Courtroom 8
Held;
*Held*
*Parties Present:* *Defendant*   ANDREWS, MARK T
              *Respondent*   ANDREWS, MARK T
              *Appellant*   ANDREWS, MARK T
              *Other*   ANDREWS, MARK T

03/02/2006     ---------- Courtroom Minutes ----------- (Judicial Officer: Nadler, Gary )

      ---------- *Courtroom Minutes in S8* -----------

     *HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO*
     *ISSUES; MODIFICATION VISITATION*
     *Counsel Georgiann Rovai is present with Petitioner TATIANA*
     *ANDREWS.*
     *Counsel Rudy Bonilla is present with Respondent MARK ANDREWS.*
     *Parties submit stipulated continuance*
     *PARTIES ARE ORDERED TO APPEAR ON 03/28/2006 AT 8:15 am AT FAMILY*
     *COURT SERVICES*
     *CONTINUED FROM 03/02/2006 TO - 04/20/2006 at 8:30am S8,*
     *MODIFICATION VISITATION, OTHER with reporter*
     *NOTICE OF STIPULATED CONTINUANCE*

03/02/2006     Notice of Stipulated Continuance

03/03/2006     Fee Waiver Has Expired

     *FEE WAIVER HAS EXPIRED*

     Party: Respondent ANDREWS, MARK T

03/06/2006     **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
     *CONTEMPT*
     Resource: Courtroom Clerk Beas, L. C.
     Resource: Location Courtroom 11
     Held;
     *Held*
     *Parties Present:* *Respondent*   COUNTY OF SONOMA
                    *Intervenor*   COUNTY OF SONOMA

03/06/2006     ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

      ---------- *Courtroom Minutes in S11* -----------

     *HON: Louise Bayles-Fightmaster REP: M K Hentz CLK: L. C. Beas*
     *Issues: OSC Re:Contempt*
     *Counsel Carrie Lewis is present on behalf of Child Support*
     *Services.*
     *Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
     *present.*
     *Respondent Mark T Andrews is present.*
     *Public Defender is appointed.*
     *Deputy Public Defender William Marioni is present with Defendant*
     *Mark T Andrews.*
     *ORDER ON ORDER TO SHOW CAUSE RE CONTEMPT*
     *CONTINUED FROM 3/6/06 TO - 03/20/2006 at 1:30pm S11, ORDER TO SHOW*
     *CAUSE, CONTEMPT with reporter*

| | |
|---|---|
| 03/06/2006 | Order on Order to Show Cause Re: Contempt |
| 03/06/2006 | Filed Document |

**PD REPRESENTS DEFENDANT ON CONTEMPT**

| | |
|---|---|
| 03/09/2006 | Proof of Service by Mail |

*PROOF OF SERVICE BY MAIL*

| | |
|---|---|
| 03/09/2006 | Proof of Service by Mail |

*PROOF OF SERVICE BY MAIL*

| | |
|---|---|
| 03/20/2006 | **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*CONTEMPT*
Resource: Courtroom Clerk Beas, L. C.
Resource: Location Courtroom 11
Held;
*Held*

| | |
|---|---|
| 03/20/2006 | ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

*---------- Courtroom Minutes in S11 -----------*

*HON: Louise Bayles-Fightmaster REP: M K Hentz CLK: L. C. Beas*
*Issues: OSC Re:Contempt*
*Counsel Carrie Lewis is present on behalf of Child Support*
*Services.*
*Respondent Mark T Andrews is not present*
*Deputy Public Defender William Marioni is present on behalf of*
*Defendant Mark T Andrews*
*Contempt is discharged.*
*Public Defender is relieved.*
*ORDER ON ORDER TO SHOW CAUSE RE CONTEMPT*

| | |
|---|---|
| 03/20/2006 | Order on Order to Show Cause Re: Contempt |
| 04/03/2006 | Family Court Services Report |
| 04/04/2006 | Proof of Service by Mail |
| | Party: Intervenor COUNTY OF SONOMA |
| 04/04/2006 | Proof of Service by Mail |
| | Party: Attorney SONOMA COUNTY DCSS |
| 04/06/2006 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY*

Printed on 05/03/2017 at 10:49 AM

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/13/2006 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/13/2006 | Declaration |

*DECLARATION OF MARK ANDREWS*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/13/2006 | Proof of Service by Mail |

*PROOF OF SERVICE BY FAX*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/20/2006 | **Modification Visitation (8:30 AM)** (Judicial Officer: Nadler, Gary) |

> *OTHER*
> Resource: Courtroom Clerk Rosario, Irene
> Resource: Location Courtroom 8
> Held;
> *Held*
> *Parties Present: Defendant ANDREWS, MARK T*
> *Respondent ANDREWS, MARK T*
> *Appellant ANDREWS, MARK T*
> *Other ANDREWS, MARK T*

| | |
|---|---|
| 04/20/2006 | ----------- Courtroom Minutes ----------- (Judicial Officer: Nadler, Gary ) |

> ----------- *Courtroom Minutes in S8* -----------
>
> *HON: Gary Nadler REP: Luel Simson CLK: I ROSARIO*
> *ISSUES; MODIFICATION VISITATION*
> *Counsel Georgiann Rovai is present on behalf of Petitioner*
> *TATIANA ANDREWS*
> *Counsel Dee Schilling is present on behalf of Respondent MARK*
> *ANDREWS.*
> *PARTIES ARE ORDERED TO APPEAR ON 05/17/2006 AT 10:15 AM AT FAMILY*
> *COURT SERVICES*
> *CONTINUED FROM 04/20/2006 TO - 06/08/2006 at 8:30am S8,*
> *MODIFICATION VISITATION, OTHER with reporter*
> *NOTICE OF STIPULATED CONTINUANCE*

| | |
|---|---|
| 04/20/2006 | Notice of Stipulated Continuance |
| 05/19/2006 | Family Court Services Report |
| 06/08/2006 | **Modification Visitation (8:30 AM)** (Judicial Officer: Nadler, Gary) |

> *OTHER*
> Resource: Courtroom Clerk Rosario, Irene
> Resource: Location Courtroom 8
> Held;

*Held*
*Parties Present:* *Defendant*   *ANDREWS, MARK T*
              *Respondent*   *ANDREWS, MARK T*
              *Appellant*   *ANDREWS, MARK T*
              *Other*   *ANDREWS, MARK T*

| | |
|---|---|
| 06/08/2006 | Family Court Services Criminal History and CPS Check |

06/08/2006     Substitution of Attorney
              Party: Respondent ANDREWS, MARK T

06/08/2006     ----------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary )

           ----------- *Courtroom Minutes in S8* ------------

           *HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO*
           *ISSUES; MODIFIVAITN CHILD CUSTODY, MODIFICATION VISITATION*
           *Counsel Georgiann Rovai is present with Petitioner TATIANA*
           *ANDREWS.*
           *Counsel Dee Schilling is present with Respondent MARK ANDREWS.*
           *Stipulation is submitted, both parties agree, and the Court so*
           *orders.*
           *CONTINUED FROM 06/08/2006 TO - 07/27/2006 at 8:30am S8,*
           *MODIFICATION VISITATION, OTHER with reporter*
           *STIPULATION AND ORDER ON ORDER TO SHOW CAUSE/MOTION*

06/08/2006     Stipulation and Order on Order to Show Cause/Motion

06/16/2006     Clerk Letter Returning Document Unfiled
              *FOAH RETUNRED*
              Party: Petitioner ANDREWS, TATIANA

06/27/2006     Notice of Limited Scope Representation

              *NOTICE OF LIMITED REPRESENTATION*

              Party: Respondent ANDREWS, MARK T

07/17/2006     Notice of Limited Scope Representation

              *NOTICE OF LIMITED REPRESENTATION*

              Party: Respondent ANDREWS, MARK T

07/27/2006     **Modification Visitation** (8:30 AM) (Judicial Officer: Nadler, Gary)
              *OTHER*
              Resource: Courtroom Clerk Rosario, Irene
              Resource: Location Courtroom 8
              Held;
              *Held*
              *Parties Present:* *Defendant*   *ANDREWS, MARK T*
                           *Respondent*   *ANDREWS, MARK T*
                           *Appellant*   *ANDREWS, MARK T*
                           *Other*   *ANDREWS, MARK T*

07/27/2006

⌐⌐ ----------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary )

----------- *Courtroom Minutes in S8* ------------

*HON: Gary Nadler REP: Deanne Murphey CLK: I ROSARIO*
*DOMESTIC CALENDAR; MODIFICATION VISITATION (RS)*
*Counsel Dee Schilling submits a stipulated continuance*
*CONTINUED FROM 07/27/2006 TO - 10/03/2006 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*
*NOTICE OF STIPULATED CONTINUANCE*

| | |
|---|---|
| 07/27/2006 | ⌐⌐ Notice of Stipulated Continuance |
| 08/14/2006 | ⌐⌐ Proof of Personal Service |
| | Party: Intervenor COUNTY OF SONOMA |
| 10/02/2006 | ⌐⌐ Memo of P&A in Support |

*RESPONDENTS DECLARATION IN SUPPORT OF INCREASED CUSTODIAL RIGHTS*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 10/02/2006 | ⌐⌐ Declaration |

*DECLARATION OF SUSAN LINDSTROM IN SUPPORT OF RESPONDENT'S REQUEST*
*FOR ADMITTANCE OF LATE FILING BEFORE HEARING*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 10/03/2006 | **Modification Visitation (8:30 AM)** (Judicial Officer: Nadler, Gary ) |

*OTHER*
Resource: Courtroom Clerk BUSKIRK, KATHY
Resource: Location Courtroom 8
Held;
*Held*
Parties Present: *Defendant ANDREWS, MARK T*
*Respondent ANDREWS, MARK T*
*Appellant ANDREWS, MARK T*
*Other ANDREWS, MARK T*

| | |
|---|---|
| 10/03/2006 | ⌐⌐ ----------- Courtroom Minutes ------------ (Judicial Officer: Nadler, Gary ) |

----------- *Courtroom Minutes in S8* ------------

*HON: Gary Nadler REP: CHRIS ARNESON CLK: KATHY BUSKIRK*
*Domestic Calendar - Issues: Modification Visitation*
*Counsel Georgiann Rovai is present with Petitioner TATIANA ANDREWS.*
*Counsel Dee Schilling is present with Respondent MARK T. ANDREWS.*
*Respondent files a Substitution of Attorney in open court.*
*TATIANA ANDREWS is administered the oath to testify.*
*Respondent MARK T. ANDREWS, self represented party, is present, is*
*administered the oath and testifies.*
*Court informs counsel and parties that they shall continue with*
*counseling as well as continued visitation at the Sonoma Plaza*
*Public Park. The Sunday schedule shall remain; however, the time*
*from 1:00-4:00 p.m.*
*All current orders remain in full force and effect*

*Counsel informs the Court that petitioner is requesting father pay*
*$20 toward reimbursement. Court orders father to make reasonable*
*attempts to reimburse mother; however, the issue may be rasied at*
*the next hearing.*
*Court cautions father as to filing timely documents for*
*consideration per local rules.*
*All current orders remain in full force and effect*
*CONTINUED FROM 10/3/2006 TO*
*MOTHERS REIMBURSEMENT - 01/08/2007 at 8:30am S8, MODIFICATION*
*VISITATION, OTHER with reporter*

| | |
|---|---|
| 10/03/2006 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY*

Party: Respondent  ANDREWS, MARK T

| | |
|---|---|
| 10/03/2006 | Statement of Disputed Issues (Issue Sheet) Recieved |

*Domestic/Title IV-D OSC*

| | |
|---|---|
| 01/03/2007 | Fee Waiver Has Expired |

*FEE WAIVER HAS EXPIRED*

Party: Respondent  ANDREWS, MARK T

| | |
|---|---|
| 01/03/2007 | Clerical Continuance |

*CLERICAL CONTINUANCE - 1/08/2007 8:30A S8 MOD VISIT*

| | |
|---|---|
| 01/03/2007 | Continued from ? to |

*CONTINUED FROM 01/08/2007 TO - 02/13/2007 at 8:30am S8,*
*MODIFICATION VISITATION, OTHER with reporter*

Party: Respondent  ANDREWS, MARK T

| | |
|---|---|
| 01/03/2007 | Notice of Stipulated Continuance |

*NOTICE OF STIPULATED CONTINUANCE*

Party: Respondent  ANDREWS, MARK T

| | |
|---|---|
| 01/03/2007 | Notice of Limited Scope Representation |

*NOTICE OF LIMITED REPRESENTATION*

Party: Respondent  ANDREWS, MARK T

| | |
|---|---|
| 01/08/2007 | CANCELED **Modification Visitation** (8:30 AM)  (Judicial Officer: Wong, Cerena) |
| | *OTHER* |
| | *Continued* |

| | |
|---|---|
| 01/18/2007 | Filed Document |

*Father's Supplemental Declaration*

Party:  Respondent  ANDREWS, MARK T

01/19/2007     Filed Document

*VOLUME 3 MADE*

02/07/2007     🗋 Declaration

*DECLARATION OF PE*

Party:  Petitioner  ANDREWS, TATIANA

02/13/2007     **Modification Visitation** (8:30 AM)  (Judicial Officer: Wong, Cerena)
*OTHER*
Resource: Courtroom Clerk  Reynoso, Chris
Resource: Location  Courtroom 8
Held;
*Held*
Parties Present: *Defendant*     ANDREWS, MARK T
                 *Respondent*    ANDREWS, MARK T
                 *Appellant*     ANDREWS, MARK T
                 *Other*         ANDREWS, MARK T

02/13/2007     🗋 ----------- Courtroom Minutes ------------  (Judicial Officer: Wong, Cerena )

----------- *Courtroom Minutes in S8* ------------

*HON: C. WONG REP: P Schrader CLK: Chris Reynoso*
*ISSUES: MODIFICATION VISITATION*
*Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS.*
*Counsel JUDITH STADLER is present with Respondent MARK ANDREWS.*
*PARTIES ARE ORDERED TO APPEAR ON 03/02/2007 AT 8:15 AM AT FAMILY*
*COURT SERVICES*
*Family Court Services shall contact Susan Schram, MFT, Rebecca*
*Bailey, Ph.D, David Pier, MFTI, and Richard Bussee Ph.D., to*
*discuss issues regarding the status of counseling and the*
*relationship between Father and the children, and the extent of*
*parents involving children. Both parties shall sign all necessary*
*releases to allow FCS to speak with the respective counselors.*
*STIPULATION AND ORDER ON ORDER TO SHOW CAUSE/MOTION*
*CONTINUED FROM 02/13/2007 TO - 04/03/2007 at 8:30am S8, REVIEW,*
*MODIFICATION VISITATION with reporter*

02/13/2007     🗋 Stipulation and Order on Order to Show Cause/Motion

02/16/2007     🗋 Findings and Order After Hearing

*FINDINGS AND ORDER AFTER HEARING*

02/22/2007     🗋 Declaration

*DECLARATION (REPLY) TO MOTHER'S RESPONSIVE DECL*

Party: Respondent ANDREWS, MARK T

03/19/2007   Family Court Services Report

04/03/2007   **Review** (8:30 AM) (Judicial Officer: Wong, Cerena)
*MODIFICATION VISITATION*
Resource: Courtroom Clerk Thompson, Juli
Resource: Location Courtroom 8
Held;
*Held*
*Parties Present: Defendant*     ANDREWS, MARK T
                   *Respondent*     ANDREWS, MARK T
                   *Appellant*     ANDREWS, MARK T
                   *Other*     ANDREWS, MARK T

04/03/2007   Family Court Services Criminal History and CPS Check

04/03/2007   ---------- Courtroom Minutes ----------- (Judicial Officer: Wong, Cerena )

      *---------- Courtroom Minutes in S8 ----------*

      *HON: C. WONG REP: P Schrader CLK: Juli Thompson*
*DOMESTIC*
*ISSUES: REVIEW, MODIFICATION OF VISITATION*
*Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS*
*Counsel JUDITH STADLER is present with Respondent MARK T. ANDREWS.*
*After conference status discussion, parties have reached agreements.*
*Court adopts the Family Mediation report of 3-19-2007*
*FINDINGS AND ORDER AFTER HEARING*

04/03/2007   Findings and Order After Hearing

04/05/2007   Substitution of Attorney

      *SUBSTITUTION OF ATTORNEY -out*

Party: Respondent ANDREWS, MARK T

05/24/2010   Application for Waiver of Court Fees & Costs

      *APPLICATION FOR WAIVER OF COURT FEES & COSTS*

Party: Respondent ANDREWS, MARK T

05/24/2010   Order Granting Application for Waiver of Court Fees & Costs

      *ORDER GRANTING APPLICATION FOR WAIVER OF COURT FEES & COSTS*

Party: Respondent ANDREWS, MARK T

05/24/2010   Notice of Motion

NOTICE OF MOTION
***RELEASE/DOCUMENTS*** - 07/20/2010 at 1:30pm S23, MODIFICATION
VISITATION, OTHER with reporter

Party: Respondent ANDREWS, MARK T

**05/24/2010**    Further Order for Custody/FCS Appointment

*FURTHER ORDER FOR CUSTODY/FCS APPOINTMENT 6/28/10 AT 10:00 A.M.*

Party: Respondent ANDREWS, MARK T

**05/27/2010**    Proof of Service by Mail

*PROOF OF SERVICE BY MAIL*

Party: Respondent ANDREWS, MARK T

**06/28/2010**    Family Court Services Report

**07/13/2010**    Responsive Declaration to Request for Order

*RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION*

Party: Petitioner ANDREWS, TATIANA

**07/20/2010**    Family Court Services Criminal History and CPS Check

**07/20/2010**    **Modification Visitation** (1:30 PM) (Judicial Officer: Shaffer, Nancy Case)
*OTHER*
Resource: Courtroom Clerk Thompson, Juli
Resource: Location Courtroom 23
Held;
*Held*
*Parties Present:* Defendant    ANDREWS, MARK T
               *Respondent*    ANDREWS, MARK T
               *Appellant*    ANDREWS, MARK T
               *Other*    ANDREWS, MARK T

**07/20/2010**    ---------- Courtroom Minutes ----------- (Judicial Officer: Shaffer, Nancy Case )

---------- *Courtroom Minutes in S23* -----------

HON: Nancy Case Shaffer REP: M K Hentz CLK: Juli Thompson
DOMESTIC
ISSUES: MODIFICATION OF VISITATION; RELEASE DOCUMENTS
Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS.
Respondent MARK T. ANDREWS, self represented party, is present .
STIPULATION RE: COMMISSIONER CASE SHAFFER; Entire action both sides
Court, Counsel, and Respondent briefly discuss issues.
Court fines Respondent $100.00 for his failure to appear at FCS on
June 28, 2010; due by 10-22-2010.
PARTIES ARE ORDERED TO APPEAR ON 8-4-2010 AT 1:00pm AT FAMILY
COURT SERVICES
CONTINUED FROM 7-20-2010 TO 8-30-2010 - 08/30/2010 at 1:30pm S23,
MODIFICATION VISITATION, OTHER with reporter

*ORDER AND SANCTIONS FAILURE TO APPEAR AT FCS $100.00 due 10-22-2010*
*FINDINGS AND ORDER AFTER HEARING*

| | | |
|---|---|---|
| 07/20/2010 | | Stipulation Re: Judge/Pro Tem Commissioner |
| 07/20/2010 | | Order and Sanctions Failure to Appear at FCS |
| 07/20/2010 | | Findings and Order After Hearing |
| 08/09/2010 | | Family Court Services Report |
| 08/30/2010 | | Family Court Services Criminal History and CPS Check |

08/30/2010    **Modification Visitation** (1:30 PM) (Judicial Officer: Shaffer, Nancy Case)
*OTHER*
Resource: Courtroom Clerk  Thompson, Juli
Resource: Location  Courtroom 23
Held;
*Held*
Parties Present: *Defendant     ANDREWS, MARK T*
                 *Respondent     ANDREWS, MARK T*
                 *Appellant     ANDREWS, MARK T*
                 *Other     ANDREWS, MARK T*

08/30/2010    ---------- Courtroom Minutes ----------- (Judicial Officer: Shaffer, Nancy Case )

       *---------- Courtroom Minutes in S23 -----------*

*HON: Nancy Case Shaffer REP: M K Hentz CLK: Juli Thompson*
*DOMESTIC*
*ISSUES: MODIFICATION OF VISITATION*
*Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS.*
*Respondent MARK T. ANDREWS, self represented party, is present .*
*Court hears argument from both sides.*
*Court asks Counsel if there is a way to delete CPS report from*
*Father's record. Ms. Rovai says she will speak to CPS. Mr.*
*Andrews says that he talked to CPS, and they said that the Court*
*would need subpoena the CPS records.*
*Court adopts the Family Mediation report of 8-9-2010 as modified*
*on the record.*
*If Father has means to participate in reunification counseling in*
*the future, case may be recalendared and set for mediation.*
*Court makes FC 3048 findings on the record; All previous orders not*
*in conflict with today's orders remain in full force and effect.*
*Court denies Father's request for disclosure of juvenile records.*
*Petitioners counsel is to prepare and submit formal order for*
*Courts signature.*
*CONTINUED FROM 8-30-2010 TO 10-20-10*
*\*\*TO ENSURE ORDER AFTER HRG OF 8-30-10 HAS BEEN SUBMITTED\*\* -*
*10/20/2010 at 1:30pm S23, CALENDAR CONTROL with reporter*

08/30/2010    Statement of Disputed Issues (Issue Sheet) Recieved
*Domestic/Title IV-D OSC*

10/20/2010    **Calendar Control** (1:30 PM) (Judicial Officer: Shaffer, Nancy Case)
Resource: Courtroom Clerk  Thompson, Juli
Resource: Location  Courtroom 23
Held;
*Held*

|  | Parties Present: | Defendant | ANDREWS, MARK T |
|---|---|---|---|
|  |  | Respondent | ANDREWS, MARK T |
|  |  | Appellant | ANDREWS, MARK T |
|  |  | Other | ANDREWS, MARK T |

10/20/2010 | ---------- Courtroom Minutes ------------ (Judicial Officer: Shaffer, Nancy Case )

---------- *Courtroom Minutes in S23* ------------

*HON: Nancy Case Shaffer REP: M K Hentz CLK: Juli Thompson*
*DOMESTIC*
*ISSUES: RECEIPT OF ORDER AFTER HEARING FROM 8-30-2010*
*Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS.*
*Respondent MARK T. ANDREWS, self represented party, is present .*
*Court, Counsel and Respondent discuss issue. Respondent is*
*disputing the order after hearing prepared by Ms. Rovai.*
*Defendant indicates that he is hiring Counsel Applegate.*
*Further discussion occurs.*
*Court signs order after hearing from 8-30-2010 provided by Ms. Rovai*
*Court allows Respondent to pay previously ordered sanctions by*
*December 22, 2010.*

10/20/2010 | Findings and Order After Hearing

*FINDINGS AND ORDER AFTER HEARING (from hearing of 8-30-2010)*

12/06/2011 | Notice of Status Conference (CCC)

*NOTICE OF STATUS CONFERENCE (CCC) - 02/22/2012 at 1:30pm S23,*
*STATUS CONFERENCE with reporter*

01/05/2012 | Order to Show Cause and Affidavit for Contempt

*ORDER TO SHOW CAUSE AND AFFIDAVIT FOR CONTEMPT - 02/27/2012 at*
*1:30pm S20, ORDER TO SHOW CAUSE, CONTEMPT with reporter*

Party: Intervenor COUNTY OF SONOMA

02/08/2012 | **Other Hearing** (1:30 PM) (Judicial Officer: Shaffer, Nancy Case)
Resource: Courtroom Clerk Thompson, Juli
Resource: Location Courtroom 23
Held;
*Held*

02/08/2012 | Proof of Personal Service

*PROOF OF PERSONAL SERVICE*

Party: Intervenor COUNTY OF SONOMA

02/08/2012 | Clerk's Calendared Event

*CLERK'S CALENDARED EVENT - 02/08/2012 at 1:30pm S23, OTHER with*

*reporter*

02/08/2012     🗊 ----------- Courtroom Minutes ----------- (Judicial Officer: Shaffer, Nancy Case )

       ----------- *Courtroom Minutes in S23* -----------

       *HON: Nancy Case Shaffer REP: M K Hentz CLK: Juli Thompson*
       *CASE RESOLUTION CONFERENCE*
       *Counsel GEORGIANN ROVAI is present with Petitioner TATIANA ANDREWS.*
       *Counsel MICHAEL BIGGS is present with Respondent MARK ANDREWS.*
       *Court and Counsel discuss issues. Counsel BIGGS does not yet*
       *represent Respondent, but may represent him pro bono.*
       *Court hears statements from both sides.*
       *Court orders Respondent's disclosures to be served by 3-8-2012.*
       *CONTINUED FROM 2-8-2012 TO - 06/21/2012 at 1:30pm STBA, SETTLEMENT*
       *CONFERENCE with reporter*
       *CONTINUED FROM 2-8-2012 TO - 09/14/2012 at 9:00am S23, COURT TRIAL*
       *with reporter*
       *SETTING ORDER*
       *Counsel BIGGS informs the Court that he will be representing*
       *Respondent, and will file a substitution of attorney forthwith.*

02/08/2012     🗊 Setting Order

02/08/2012     Dropped From Calendar

       *DROPPED FROM CALENDAR - 2/22/2012 1:30P S23 STATUS*

02/22/2012     *CANCELED* **Status Conference** (1:30 PM) (Judicial Officer: Shaffer, Nancy Case)
       *Dropped*

02/27/2012     **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
       *CONTEMPT*
       Resource: Bailiff Konopa, Ken
       Resource: Courtroom Clerk Korreng, Kari
       Resource: Location Courtroom 20
       Held;
       *Held*
       *Parties Present:* Respondent     COUNTY OF SONOMA
                   Intervenor     COUNTY OF SONOMA

02/27/2012     🗊 ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

       ----------- *Courtroom Minutes in S20* -----------

       *HON: Louise Bayles-Fightmaster REP: Kelly K. Lopez CLK: Kari Korreng*
       *CHILD SUPPORT CONTEMPT CALENDAR*
       *ISSUES: ORDER TO SHOW CAUSE, CONTEMPT*
       *Counsel Kirk Gorman is present on behalf of Child Support*
       *Services.*
       *Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
       *present.*
       *Deputy Public Defender Christina Davis is present with Defendant -*
       *Respondent Mark T. Andrews.*
       *Upon conclusion of discussion, the Court orders the following;*
       *Public Defender is appointed.*
       *This matter shall be heard on May 21, 2012, for Mr. Andrews to*
       *plea; set for trial, or enter diversion.*

*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 02/27/2012 TO - 05/21/2012 at 1:30pm S20, ORDER TO*
*SHOW CAUSE, CONTEMPT with reporter*

| | |
|---|---|
| 02/27/2012 | Findings and Order Regarding Contempt |
| 02/27/2012 | Filed Document |

**\*\*PD REPRESENTS DEFENDANT/RESPONDENT ON CONTEMPT ONLY\*\***

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 03/27/2012 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY (M.S. BIGGS IN)*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 05/21/2012 | **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*CONTEMPT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
Parties Present: Respondent    COUNTY OF SONOMA
               Intervenor     COUNTY OF SONOMA

| | |
|---|---|
| 05/21/2012 | ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |

---------- *Courtroom Minutes in S20* ------------

*HON: Louise Bayles-Fightmaster REP: Jennifer Roux CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: ORDER TO SHOW CAUSE, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Deputy Public Defender Christina Davis is present with Defendant*
*Mark T. Andrews.*
*$150.00 is paid today in Court*
*Upon conclusion of discussion, the Court orders the following;*
*Public Defender is relieved.*
*The Diversion Conditions are set at $100.00 per month towards*
*current support. It is anticipated that amount shall increase*
*to the current child support obligation as the review.*
*DCSS shall release any hold they have on Mr. Andrews' California*
*Driver's license and his Bureau of Automotive Repair license (BOA)*
*Mr. Andrews' was given the phone of DCSS to call with the BOA*
*number. Mr. Andrews' BOA license shall not be released until*
*Mr. Andrews' calles DCSS with the BOA number.*
*The matter is continued to August 1, 2012.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 05/21/2012 TO - 08/01/2012 at 1:30pm S20, ORDER TO*
*SHOW CAUSE, CONTEMPT with reporter*

| | |
|---|---|
| 05/21/2012 | Findings and Order Regarding Contempt |

| 06/14/2012 | Declaration Re: Service of Dec of Disclosure |

*DEC REGARDING SERVICE OF DEC OF DISCLOSURE RS' PRELIM & FINAL*

Party: Respondent ANDREWS, MARK T

| 06/14/2012 | Proof of Service by Mail |

*PROOF OF SERVICE*

Party: Respondent ANDREWS, MARK T

| 06/15/2012 | Income and Expense Declaration |

*INCOME AND EXPENSE DECLARATION (PE)*

Party: Petitioner ANDREWS, TATIANA

| 06/15/2012 | Statement of Issues/Settlement Conference or Trial |

*Statement of Issues/Settle Conf or Trial RECEIVED*

Party: Petitioner ANDREWS, TATIANA

| 06/21/2012 | **Settlement Conference (1:30 PM)** (Judicial Officer: Boyd, Robert S) |

Resource: Courtroom Clerk Lemley, Missy
Resource: Location SUPERIOR COURT TBA-SUPERIOR CT TBA
Held;
*Held*

| 06/21/2012 | ----------- Courtroom Minutes ----------- (Judicial Officer: Mediator, .) |

*----------- Courtroom Minutes in STBA -----------*

*CLK: Missy Lemley*
*PANELIST: PETER TROMBETTA*
*Counsel Georgiann Rovai is present with Petitioner TATIANA ANDREWS*
*AMARANTES.*
*Counsel Michael Biggs is present with Respondent MARK ANDREWS.*
*SETTLEMENT CONFERENCE HELD*
*Counsel and parties to meet again on Friday, June 29th at 10:00 a.m.*
*to continue settlement discussions with Peter Trombetta.*
*CONTINUED FROM 06-21-2012 TO 06-29-2012 - 06/29/2012 at 10:00am*
*STBA, SETTLEMENT CONFERENCE with reporter*

| 06/28/2012 | Substitution of Attorney |

*SUBSTITUTION OF ATTORNEY (M BIGGS OUT)*

Party: Respondent ANDREWS, MARK T

| 06/29/2012 | **Settlement Conference (10:00 AM)** (Judicial Officer: Mediator, .) |

Resource: Courtroom Clerk Lemley, Missy
Resource: Location SUPERIOR COURT TBA-SUPERIOR CT TBA
Held;

Held

06/29/2012    🗓 ----------- Courtroom Minutes ------------ (Judicial Officer: Mediator, . )

----------- *Courtroom Minutes in STBA* ------------

*CLK: Missy Lemley*
*PANELIST: PETER TROMBETTA*
*Counsel Georgiann Rovai is present with Petitioner TATIANA ANDREWS*
*Respondent MARK ANDREWS, self represented party, is present .*
*SETTLEMENT CONFERENCE HELD*
*No settlement reached. Matter remains as set for master calendar*
*call on September 14, 2012 at 9:00 a.m. in Dept 23.*

07/13/2012    🗓 Substitution of Attorney

*SUBSTITUTION OF ATTORNEY (M. BIGGS, ESQ.-IN)*

Party: Respondent ANDREWS, MARK T

08/01/2012    **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
     *CONTEMPT*
     Resource: Bailiff Konopa, Ken
     Resource: Courtroom Clerk Korreng, Kari
     Resource: Location Courtroom 20
     Held;
     *Held*
     Parties Present: Respondent     COUNTY OF SONOMA
                  Intervenor     COUNTY OF SONOMA

08/01/2012    🗓 ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )

----------- *Courtroom Minutes in S20* ------------

*HON: Louise Bayles-Fightmaster REP: M K Hentz CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: ORDER TO SHOW CAUSE, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovia are*
*present.*
*Neither Respondent Mark T. Andrews nor counsel Michael S. Biggs*
*are present.*
*Counsel Gorman informs the Court that an email was received stating*
*that Mr. Andrews' mother died and they would not be appearing*
*today.*
*Upon conclusion of discussion, the Court orders the following;*
*Bench Warrant to issue in the amount of $53,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to November 21, 2012.*
*The matter is continued to November 21, 2012.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 08/01/2012 TO - 11/21/2012 at 1:30pm S20, ORDER TO*
*SHOW CAUSE, CONTEMPT, STAYED BENCH WARRANT with reporter*

08/01/2012    🗓 Findings and Order Regarding Contempt

09/04/2012    🗓 Substitution of Attorney

*SUBSTITUTION OF ATTORNEY (M.S. BIGGS OUT)*

Party: Respondent ANDREWS, MARK T

| 09/13/2012 | Declaration |
| | *OF JENNIFER ANI ISO REQUEST FOR CONTINUANCE OF MASTER CALENDAR HEARING* |
| | Party: Respondent ANDREWS, MARK T |

09/13/2012    Clerical Continuance

*CLERICAL CONTINUANCE - 9/14/2012 9:00A S23 CT TRIAL*

09/13/2012    Continued from ? to

*CONTINUED FROM 09/14/2012 TO*
*STIPULATION & ORDER SIGNED - 11/09/2012 at 9:00am S23, COURT TRIAL*
*with reporter*

09/13/2012    Order

*STIPULATION AND ORDER*

09/14/2012    *CANCELED* **Court Trial** (9:00 AM) (Judicial Officer: Shaffer, Nancy Case)
       *Continued*

10/22/2012    Substitution of Attorney

*SUBSTITUTION OF ATTORNEY (JENNIFER ANI OUT)*

Party: Respondent ANDREWS, MARK T

11/07/2012    Substitution of Attorney

*SUBSTITUTION OF ATTORNEY (G. ROVAI OUT)*

Party: Petitioner ANDREWS, TATIANA

11/08/2012    Request for Order

*Request For Order ***MODIFICATION OF EXONERATION*
*ORDER; FINDING OF FALSE ALLEGATIONS UNDER 3027.1*** - 12/10/2012 at*
*1:30pm S23, ATTORNEYS FEES, COSTS, OTHER with reporter*

Party: Respondent ANDREWS, MARK T

11/09/2012    **Court Trial** (9:00 AM) (Judicial Officer: Shaffer, Nancy Case)
       Resource: Courtroom Clerk Thompson, Juli
       Resource: Location Courtroom 23
       Held;
       *Held*

| 11/09/2012 | Appearance, Stipulation & Waiver |
| | |
| | *APPEARANCE STIPULATION AND WAIVER* |
| | Party: Petitioner  ANDREWS, TATIANA |

| 11/09/2012 | Stip Re: Mutual Waiver of Final Decl of Disclosure |
| | |
| | *STIP RE: MUTUAL WAIVER OF FINAL DEC OF DISCLOSURE* |
| | Party: Petitioner  ANDREWS, TATIANA |

| 11/09/2012 | Declaration for Default or Uncontested Disso/LS |
| | |
| | *DECLARATION FOR DEFAULT OR UNCONTESTED DISSO/LS* |
| | Party: Petitioner  ANDREWS, TATIANA |

11/09/2012 ----------- Courtroom Minutes ------------ (Judicial Officer: Shaffer, Nancy Case )

*----------- Courtroom Minutes in S23 -----------*

*HON: Nancy Case Shaffer CLK: Juli Thompson*
*MASTER CALENDAR CALL*
*ISSUES: Court Trial*
*Petitioner TATIANA ANDREWS, self represented party, is present.*
*Respondent MARK T. ANDREWS, self represented party, is present .*
*Court and Parties discuss issues. Remaining issues are debts to be*
*divided.*
*Both Parties are referred to Family Law Facilitator and case*
*is passed*
*Case recalled; Parties present as indicated above.*
*Parties were able to reach judgment on reserved issues with the*
*assistance of the Family Law Facilitator.*
*Court signs judgment and Parties will receive copies in the mail.*

| 11/19/2012 | Judgment Reserved Issues |
| | |
| | *JUDGMENT RESERVED ISSUES* |
| | Party: Respondent  ANDREWS, MARK T;  Petitioner  ANDREWS, TATIANA;  Minor Child  ANDREWS, ALEXIS KAYLEIGH ANN;  Minor Child  ANDREWS, GEORGE BENJAMIN |

| 11/19/2012 | Notice of Entry of Judgment |
| | |
| | *NOTICE OF ENTRY OF JUDGMENT* |

| 11/21/2012 | **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |
| | **CONTEMPT STAYED BENCH WARRANT** |
| | Resource: Courtroom Clerk  Korreng, Kari |
| | Resource: Bailiff  Konopa, Ken |
| | Resource: Location  Courtroom 20 |

Held;
*Held*
Parties Present: *Respondent*     COUNTY OF SONOMA
                 *Intervenor*     COUNTY OF SONOMA

11/21/2012    🔲 ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

----------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: ANNE RAMIREZ CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: ORDER TO SHOW CAUSE, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Deputy Public Defender Judy Conry is present with Defendant*
*-Respondent Mark T. Andrews.*
*Upon conclusion of discussion, the Court orders the following;*
*Public Defender is re-appointed.*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$53,000.00, as to MARK T. ANDREWS, is hereby set aside.*
*The matter is set for Court Trial on February 13, 2013.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 11/21/2012 TO - 02/13/2013 at 1:30pm S20, COURT*
*TRIAL, CONTEMPT with reporter*

11/21/2012    🔲 Findings and Order Regarding Contempt

11/21/2012    Filed Document

         **PD REPRESENTS DEFENDANT/RESPONDENT ON CONTEMPT ONLY**

         Party:  Respondent  ANDREWS, MARK T

11/29/2012    Judgment Scanned into Imaging System

         *JUDGMENT SCANNED INTO IMAGING SYSTEM*

12/05/2012    🔲 Notice of Limited Scope Representation

         *NOTICE OF LIMITED REPRESENTATION (G. ROVAI IN)*

         Party:  Petitioner  ANDREWS, TATIANA

12/05/2012    🔲 Responsive Declaration to Request for Order

         *RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION*

         Party:  Petitioner  ANDREWS, TATIANA

12/05/2012    🔲 Filed Document

         *POINTS & AUTHORITIES IN OPPO TO REQUEST FOR ORDER*

Party: Petitioner  ANDREWS, TATIANA

12/05/2012   Declaration

*DECLARATION OF GEORGIANN ROVAI*

Party: Petitioner  ANDREWS, TATIANA

12/10/2012   **Attorneys Fees** (1:30 PM)  (Judicial Officer: Shaffer, Nancy Case)
*COSTS OTHER*
Resource: Courtroom Clerk  Reynoso, Chris
Resource: Location  Courtroom 23
Held;
*Held*
Parties Present: *Defendant*        ANDREWS, MARK T
                 *Respondent*       ANDREWS, MARK T
                 *Appellant*        ANDREWS, MARK T
                 *Other*            ANDREWS, MARK T

12/10/2012   ---------- Courtroom Minutes ------------ (Judicial Officer: Shaffer, Nancy Case )

---------- *Courtroom Minutes in S23* ------------

*HON: Nancy Case Shaffer REP: M K Hentz CLK: Chris Reynoso*
*DOMESTIC CALENDAR*
*ATTORNEYS FEESE, COSTS, OTHER*
*Counsel Georgiann Rovai is present with Petitioner Tatiana Andrews.*
*Respondent Mark T. Andrews, self represented party, is present, is*
*administered the oath and testifies.*
*Court discusses issues with counsel/parties.*
*Court addresses parents re: confidential portion of files; ongoing*
*issue since 2006.*
*Court addresses parents re: future visitation.*
*Father requests mother be ordered to pay for or contribute to*
*paying for reunification therapy.*
*Court FINDS & ORDERS:*
*Court states it is not dismissing case.*
*Court FINDS incident (accidently exposure/contact) did occur.*
*Court FINDS there was an investigation and report by CPS.*
*Court FINDS Father was completely exonerated.*
*Court not finding mother intentionally made false accusations*
*to authorities.*
*Parties shall file updated Income & Expense Declarations within next*
*10 days.*

12/17/2012   Income and Expense Declaration

*INCOME AND EXPENSE DECLARATION (PE)*

Party: Petitioner  ANDREWS, TATIANA

12/20/2012   Income and Expense Declaration

*INCOME AND EXPENSE DECLARATION RS*

Party: Respondent  ANDREWS, MARK T

*Printed on 05/03/2017 at 10:49 AM*

| 01/11/2013 | Findings and Order After Hearing |
|---|---|

*FINDINGS AND ORDER AFTER HEARING*

| 02/13/2013 | **Court Trial** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |
|---|---|

*CONTEMPT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present: Respondent     COUNTY OF SONOMA*
*Intervenor     COUNTY OF SONOMA*

| 02/13/2013 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |
|---|---|

*----------- Courtroom Minutes in S20 -----------*

*HON: Louise Bayles-Fightmaster REP: Luel Simson CLK: Kari Korreng*
*CHILD SUPPORT CALENDAR*
*ISSUES: COURT TRIAL, CONTEMPT*
*Counsel Peggy Roth is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Deputy Public Defender Nate Raff is present on behalf of Defendant*
*Mark T. Andrews*
*Upon conclusion of discussion, the Court orders the following;*
*BENCH WARRANT to Issue in the amount of $57,000.00, as to*
*MARK T. ANDREWS, forthwith.*
*FINDINGS AND ORDER REGARDING CONTEMPT*

| 02/13/2013 | Findings and Order Regarding Contempt |
|---|---|

| 02/13/2013 | Contempt Warrant #? for ? Issued |
|---|---|

*CONTEMPT WARRANT #5428120 FOR $57,000 ISSUED*

Party: Respondent ANDREWS, MARK T

| 02/13/2013 | Instructions to Sheriff - Bench Warrant Information Sheet |
|---|---|

*Confidential - Non Filed*

| 02/25/2013 | **Self Surrender** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |
|---|---|

*CLEAR WARRANT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present: Defendant     ANDREWS, MARK T*
*Respondent     ANDREWS, MARK T*
*Appellant     ANDREWS, MARK T*
*Other     ANDREWS, MARK T*

| 02/25/2013 | Special Calendar Event |
|---|---|

*SPECIAL CALENDAR EVENT - 02/25/2013 at 1:30pm S20, SELF SURRENDER, CLEAR WARRANT with reporter*

Party: Respondent ANDREWS, MARK T

02/25/2013 ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

---------- *Courtroom Minutes in S20* ----------

*HON: Louise Bayles-Fightmaster REP: BRENDA KRAEGER CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: SELF SURRENDER, CLEAR WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support Services.*
*Petitioner Tatiana Andrews is not present*
*Deputy Public Defender Kristen Long is present with Defendant - Respondent Mark T. Andrews.*
*The matter is set for a Court Trial on April 10, 2013.*
*Upon conclusion of discussion, the Court orders the following;*
*BENCH WARRANT #5428120 RECALLED*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 02/25/2013 TO - 04/10/2013 at 1:30pm S20, COURT TRIAL, CONTEMPT with reporter*

02/25/2013 Findings and Order Regarding Contempt

02/25/2013 Bench Warrant Returned and Filed

*BENCH WARRANT RETURNED AND FILED*

Party: Respondent ANDREWS, MARK T

02/25/2013 Notice of Appeal

*NOTICE OF APPEAL - 03/08/2013 at 8:00am CCO, DESIGNATIONS with reporter*

*On Date: 2014-12-18 A: Adjudication*
Appellant: Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Intervenor COUNTY OF SONOMA

02/26/2013 Order

*ORDER (RE: PAYMENT FOR REUNIFICATION COUNSELING)*

02/28/2013 Notification of Filing of Notice of Appeal

*NOTIFICATION OF FILING OF NOTICE OF APPEAL*

02/28/2013 Transmittal Letter to DCA

*TRANSMITTAL LETTER TO DCA*

03/08/2013    Notice of Clerks Default

*NOTICE OF CLERK'S DEFAULT - FAILURE TO TIMELY FILE DESIGNATIONS - 03/26/2013 at 8:00am CCO, DESIGNATIONS with reporter*

Party: Respondent ANDREWS, MARK T

03/18/2013    Designation of Clerks Transcript

*DESIGNATION OF CLERK'S TRANSCRIPT (COUNTER DESIGNATIONS DUE BY 4/2/13) - 04/03/2013 at 8:00am CCO, COUNTER DESIGNATIONS with reporter*

Party: Respondent ANDREWS, MARK T

03/18/2013    Notice Designating a Reporters Transcript

*NOTICE DESIGNATING A REPORTER'S TRANSCRIPT (COUNTER DESIGNATIONS DUE BY 4/2/13) - 04/03/2013 at 8:00am CCO, COUNTER DESIGNATIONS with reporter*

Party: Respondent ANDREWS, MARK T

03/20/2013    Dropped From Calendar

*DROPPED FROM CALENDAR - 3/26/2013 8:00A CCO DESIGNS*

03/20/2013    DCA Filed #?

*DCA FILE #A138030 D-3*

03/21/2013    POS to DCA

*POS TO DCA*

03/21/2013    Notice of Clerks Default

*NOTICE OF CLERK'S DEFAULT ($1,950 REPORTERS XC DEPOSIT FROM MARK ANDREWS BY 4/5/13) - 04/08/2013 at 8:00am CCO, FEES/DEPOSITS with reporter*

04/03/2013    Copy of ?

*COPY OF DCA ORDER (ORDERS APPLICATION TO BOARD OF REPORTERS BY 4/5 WITH COPY TO COURT)*

| 04/04/2013 | Counter Designations |
|---|---|

*COUNTERDESIGNATIONS - 04/15/2013 at 8:00am CCO, ESTIMATE with reporter*

| 04/05/2013 | POS to DCA |
|---|---|

*POS TO DCA*

| 04/05/2013 | Filed Document |
|---|---|

*COPY OF TRANSCRIPT REIMBURSEMENT FUND APPLICATION FORM SUBMITTED BY APPELLANT MARK ANDREWS*

| 04/08/2013 | Clerks Estimate Worksheet |
|---|---|

*CLERK'S ESTIMATE WORKSHEET*

| 04/09/2013 | Estimate for Appellants Copy of Clerks Transcript$?$ |
|---|---|

*ESTIMATE FOR APPELLANT'S COPY OF CLERK'S TRANSCRIPT $0 (FEES WAIVED)- APPELLANT (MARK ANDREWS) - 05/01/2013 at 8:00am CCO, FEES/DEPOSITS with reporter*

| 04/09/2013 | Estimate for Respondents Copy of Clerks Transcript $?$ |
|---|---|

*ESTIMATE FOR RESPONDENT'S COPY OF CLERK'S TRANSCRIPT $289.23 (BY 4/30/13 FROM TATIANA ANDREWS) - 05/01/2013 at 8:00am CCO, FEES/DEPOSITS with reporter*

| 04/09/2013 | Notice of Clerks Default |
|---|---|

*NOTICE OF CLERK'S DEFAULT ($1,950 REPORTER'S X-C DEPOSIT BY 4/30/13 FROM TATIANA) - 05/01/2013 at 8:00am CCO, FEES/DEPOSITS with reporter*

| 04/09/2013 | Dropped From Calendar |
|---|---|

*DROPPED FROM CALENDAR - 4/15/2013 8:00A CCO ESTIMATE*

| 04/10/2013 | **Court Trial (1:30 PM)** (Judicial Officer: Bayles-Fightmaster, Louise)<br>*CONTEMPT*<br>Resource: Courtroom Clerk Korreng, Kari |
|---|---|

Resource: Bailiff  Konopa, Ken
Resource: Location  Courtroom 20
Held;
*Held*
Parties Present: *Defendant*     ANDREWS, MARK T
                    *Respondent*    ANDREWS, MARK T
                    *Appellant*      ANDREWS, MARK T
                    *Other*          ANDREWS, MARK T

| | | |
|---|---|---|
| 04/10/2013 | | ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

*----------- Courtroom Minutes in S20 -----------*

*HON: Louise Bayles-Fightmaster REP: Jennifer Roux CLK: Kari Korreng*
*SPECIAL SET - CHILD SUPPORT CALENDAR*
*ISSUES: COURT TRIAL, CONTEMPT*
*Counsel Peggy Roth is present on behalf of Child Support*
*Services.*
*Neither Respondent Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Respondent Mark T. Andrews is not present*
*Upon conclusion of discussion, the Court orders the following;*
*Bench Warrant to issue in the amount of $58,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to August 21, 2013.*
*The matter is continued to August 21, 2013, to re-set the trial*
*date, pending timeline on Mr. Andrews' appeal if still pending and*
*all parties shall appear.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 04/10/2013 TO - 08/21/2013 at 1:30pm S20, TO SET*
*COURT TRIAL, CONTEMPT, STAYED BENCH WARRANT with reporter*

| | | |
|---|---|---|
| 04/10/2013 | | Findings and Order Regarding Contempt |
| 05/14/2013 | | Continued from ? to |

*CONTINUED FROM 04/08/2013 - WAITING FOR REPORTER'S TRANSCRIPT*
*REIMBURSEMENT BOARD; GRANT/DENY) - 06/14/2013 at 8:00am CCO,*
*FEES/DEPOSITS with reporter*

| | | |
|---|---|---|
| 05/28/2013 | | Declaration Re: Notice: Ex Parte Application |

*DECLARATION RE: NOTICE: EX PARTE APPLICATION*

Party:  Respondent  ANDREWS, MARK T

| | | |
|---|---|---|
| 05/28/2013 | | Filed Document |

*- **DENIED** - REQUEST FOR ORDER*

Party:  Respondent  ANDREWS, MARK T

| | | |
|---|---|---|
| 05/28/2013 | | Opposition to Ex Parte Application |

*OPPOSITION TO EX PARTE APPLICATION*

*Printed on 05/03/2017 at 10:49 AM*

Party: Petitioner  ANDREWS, TATIANA

| | |
|---|---|
| 06/05/2013 | Copy of ? |

*COPY OF REQUEST FOR SHOW CAUSE ORDER (OSC)*

| | |
|---|---|
| 06/13/2013 | Copy of Appeal Document |

*Copy of DCA Order Denying Request for OSC*

| | |
|---|---|
| 06/13/2013 | Copy of ? |

*COPY OF DCA ORDER (DENIES RESPONDENT'S COUNSEL FOR OSC)*

06/14/2013  Continued from ? to

*CONTINUED FROM 06/14/2013 - STILL WAITING TO HEAR FROM THE
REPORTERS TRANSCRIPT REIMBURSEMENT BOARD; GRANT/DENY) - 07/15/2013
at 8:00am CCO, FEES/DEPOSITS with reporter*

07/15/2013  Reporters Written Estimate ?

*REPORTER'S WRITTEN ESTIMATE - P SCHRADER (4/3/07)*

07/15/2013  Continued from ? to

*CONTINUED FROM 07/15/2013 - STILL WAITING TO HEAR FROM
REPORTERS TRANSCRIPT REIMBURSEMENT BOARD; GRANT/DENY) - 07/29/2013
at 8:00am CCO, FEES/DEPOSITS with reporter*

07/30/2013  Continued from ? to

*CONTINUED - AP NEEDS TO REAPPLY TO COURT REPORTER'S BOARD, NEED
PROOF OF APPLICATION SUBMISSION FROM APPELLANT - 08/15/2013 at
8:00am CCO, FEES/DEPOSITS with reporter*

*SEE LETTER FROM COURT REPORTERS BOARD DATED 1/16/14 - DENIED AS
INCOMPLETE*

08/21/2013  **To Set Court Trial** (1:30 PM)  (Judicial Officer: Bayles-Fightmaster, Louise)
*CONTEMPT STAYED BENCH WARRANT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk  Korreng, Kari
Resource: Location  Courtroom 20
Held;
Held
Parties Present: Defendant      *ANDREWS, MARK T*
                Respondent      *ANDREWS, MARK T*
                Appellant       *ANDREWS, MARK T*
                Other           *ANDREWS, MARK T*

# CASE SUMMARY

## CASE NO. SFL15804

| | | |
|---|---|---|
| 08/21/2013 | 🗂 | ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |

*---------- Courtroom Minutes in S20 ------------*

*HON: Louise Bayles-Fightmaster REP: ANNE RAMIREZ CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: TO SET COURT TRIAL, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Deputy Public Defender Rachel Elliott is present on behalf of*
*Defendant Mark T. Andrews*
*Upon conclusion of discussion, the Court orders the following;*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$58,000.00, as to MARK T. ANDREWS, execution is hereby further*
*stayed to September 18, 2013.*
*The matter is continued to September 18, 2013, for plea or to set*
*court trial.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 08/21/2013 TO*
*\*\*FOR PLEA OR TO SET FOR COURT TRIAL\*\* - 09/18/2013 at 1:30pm S20,*
*TO SET COURT TRIAL, CONTEMPT, STAYED BENCH WARRANT with reporter*

| | | |
|---|---|---|
| 08/21/2013 | 🗂 | Findings and Order Regarding Contempt |

| | |
|---|---|
| 09/18/2013 | **To Set Court Trial** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*CONTEMPT STAYED BENCH WARRANT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
Parties Present: *Defendant* *ANDREWS, MARK T*
*Respondent* *ANDREWS, MARK T*
*Appellant* *ANDREWS, MARK T*
*Other* *ANDREWS, MARK T*

| | | |
|---|---|---|
| 09/18/2013 | 🗂 | ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) |

*---------- Courtroom Minutes in S20 ------------*

*HON: Louise Bayles-Fightmaster REP: B L Peterson CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: TO SET COURT TRIAL, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Petitioner Tatiana Andrews is not present*
*Deputy Public Defender Lezlie Kagel is present with Defendant -*
*Respondent Mark T. Andrews.*
*Upon conclusion of discussion, the Court orders the following;*
*Mr. Andrews is to go to the Public Defender's office and fill out*
*a financial application to see if he qualifies for our services.*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$58,000.00, as to MARK T. ANDREWS, is hereby set aside.*
*The matter is continued October 21, 2013.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 09/18/2013 TO*
*\*\*POSS RELEASE OF CDL\*\* - 10/21/2013 at 1:30pm S20, ORDER TO SHOW*
*CAUSE, CONTEMPT with reporter*

| 09/18/2013 | 🖹 Findings and Order Regarding Contempt |

| 10/21/2013 | **Order to Show Cause** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
*CONTEMPT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
Parties Present: *Defendant       ANDREWS, MARK T*
*Respondent    ANDREWS, MARK T*
*Appellant        ANDREWS, MARK T*
*Other             ANDREWS, MARK T* |

| 10/21/2013 | 🖹 ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )

---------- *Courtroom Minutes in S20* ------------

*HON: Louise Bayles-Fightmaster REP: Luel Simson CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: ORDER TO SHOW CAUSE, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovia are*
*present.*
*Deputy Public Defender Lezlie Kagel is present on behalf of*
*Defendant Mark T. Andrews*
*Upon conclusion of discussion, the Court orders the following;*
*BENCH WARRANT to Issue in the amount of $62,000.00, as to*
*MARK T. ANDREWS, forthwith.*
*FINDINGS AND ORDER REGARDING CONTEMPT* |

| 10/21/2013 | 🖹 Findings and Order Regarding Contempt |

| 10/21/2013 | Contempt Warrant #? for ? Issued

*CONTEMPT WARRANT #5436699 FOR $62,000 ISSUED*

Party: Respondent ANDREWS, MARK T |

| 10/21/2013 | 🖹 Instructions to Sheriff - Bench Warrant Information Sheet
*Confidential - Non Filed* |

| 11/04/2013 | **Self Surrender** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
*CLEAR WARRANT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
Parties Present: *Defendant       ANDREWS, MARK T*
*Respondent    ANDREWS, MARK T*
*Appellant        ANDREWS, MARK T*
*Other             ANDREWS, MARK T*
*Respondent    COUNTY OF SONOMA*
*Intervenor     COUNTY OF SONOMA* |

| 11/04/2013 | Special Calendar Event |

*SPECIAL CALENDAR EVENT - 11/04/2013 at 1:30pm S20, SELF SURRENDER, CLEAR WARRANT with reporter*

Party: Respondent ANDREWS, MARK T; Intervenor COUNTY OF SONOMA

| | | |
|---|---|---|
| 11/04/2013 | 📄 ---------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) | |

---------- *Courtroom Minutes in S20* ------------

*HON: Louise Bayles-Fightmaster REP: Lisa Galli CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: SELF SURRENDER, CLEAR WARRANT*
*Counsel Peggy Roth is present on behalf of Child Support Services.*
*Petitioner Tatiana Andrews is not present*
*Counsel C. Wally Coppock is present with Respondent Mark T. Andrews.*
*SUBSTITUTION OF ATTORNEY - RS*
*Upon conclusion of discussion, the Court orders the following;*
*BENCH WARRANT #5436699 RECALLED*
*The matter is set for trial on December 16, 2013.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 11/04/2013 TO - 12/16/2013 at 1:30pm S20, COURT TRIAL, CONTEMPT with reporter*

| | |
|---|---|
| 11/04/2013 | 📄 Findings and Order Regarding Contempt |
| 11/04/2013 | 📄 Substitution of Attorney |
| 11/04/2013 | 📄 Bench Warrant Returned and Filed |

*BENCH WARRANT RETURNED AND FILED*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 11/12/2013 | Clerical Continuance |

*CLERICAL CONTINUANCE - 12/16/2013 1:30P S20 CT TRIAL*

| | |
|---|---|
| 11/12/2013 | Continued from ? to |

*CONTINUED FROM 12/16/2013 TO*
***STARTS AT 9:00 AM** - 12/16/2013 at 8:30am S20, COURT TRIAL, CONTEMPT with reporter estimated time 1 HOUR*

Party: Intervenor COUNTY OF SONOMA

| | |
|---|---|
| 12/16/2013 | **Court Trial** (8:30 AM) (Judicial Officer: Bayles-Fightmaster, Louise) |

CONTEMPT
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present:* Respondent    COUNTY OF SONOMA
           Intervenor    COUNTY OF SONOMA

| | |
|---|---|
| 12/16/2013 | *CANCELED* **Court Trial** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)<br>    *CONTEMPT*<br>    *Continued* |
| 12/16/2013 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )<br><br>   *----------- Courtroom Minutes in S20 -----------*<br><br>*HON: Louise Bayles-Fightmaster REP: VALERIE B PAPALE CLK: Kari Korreng*<br>*SHORT CAUSE - CHILD SUPPORT CALENDAR*<br>*ISSUES: COURT TRIAL, CONTEMPT*<br>*Counsel Kirk Gorman is present on behalf of Child Support*<br>*Services.*<br>*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*<br>*present.*<br>*Neither Respondent Mark T. Andrews nor counsel C. Wallace Coppock*<br>*are present.*<br>*Counsel Gorman informs the Court counsel Coppock informed him that*<br>*he is very ill. DCSS gave their final offer of settlement to counsel*<br>*Coppock on December 12, 2013.*<br>*Upon conclusion of discussion, the Court orders the following;*<br>*Bench Warrant to issue in the amount of $63,000.00, as to*<br>*MARK T. ANDREWS, execution is hereby stayed to January 8, 2014.*<br>*The matter is continued to January 8, 2014 and Mr. Andrews shall*<br>*either plea or the matter shall be set for trial.*<br>*FINDINGS AND ORDER REGARDING CONTEMPT*<br>*CONTINUED FROM 12/16/2013 TO - 01/08/2014 at 1:30pm S20, PLEA, TO*<br>*SET COURT TRIAL, CONTEMPT, STAYED BENCH WARRANT with reporter* |
| 12/16/2013 | Findings and Order Regarding Contempt |
| 01/08/2014 | **Plea** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)<br>    *TO SET COURT TRIAL CONTEMPT STAYED BENCH WARRANT* .<br>    Resource: Bailiff Konopa, Ken<br>    Resource: Courtroom Clerk Korreng, Kari<br>    Resource: Location Courtroom 20<br>    Held;<br>    *Held*<br>    *Parties Present:* Respondent    COUNTY OF SONOMA<br>                    Intervenor    COUNTY OF SONOMA |
| 01/08/2014 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )<br><br>   *----------- Courtroom Minutes in S20 -----------*<br><br>*HON: Louise Bayles-Fightmaster REP: Katherine R. Langstaff CLK: Kari Korreng*<br>*CHILD SUPPORT CONTEMPT CALENDAR*<br>*ISSUES: PLEA, TO SET COURT TRIAL, CONTEMPT*<br>*Counsel Kirk Gorman is present on behalf of Child Support*<br>*Services.*<br>*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*<br>*present.*<br>*Counsel C. Wallace Coppock is present with Respondent Mark T.*<br>*Andrews.*<br>*Counsel Gorman informs the Court an offer was provide to counsel*<br>*Coppock and he would like time to discuss it with his client.*<br>*Upon conclusion of discussion, the Court orders the following;*<br>*The Previously Stayed Bench Warrant to issue in the amount of*<br>*$63,000.00, as to MARK T. ANDREWS, is hereby set aside.*<br>*The matter is continued to February 19, 2014.* |

*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 01/08/2014 TO - 02/19/2014 at 1:30pm S20, PLEA, TO*
*SET COURT TRIAL, CONTEMPT with reporter*

01/08/2014    📄 Findings and Order Regarding Contempt

01/16/2014    Copy of ?

     *COPY OF LETTER FROM COURT REPORTERS BOARD, TRANSCRIPT*
     *REIMBURSEMENT*
     *FUND - APPLICATION OF MR. ANDREWS DENIED (INCOMPLETE)*

02/18/2014    📄 Responsive Declaration to Request for Order

     *RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION*

     Party: Intervenor COUNTY OF SONOMA

02/18/2014    📄 Proof of Service by Mail

     *PROOF OF SERVICE BY MAIL*

     Party: Intervenor COUNTY OF SONOMA

02/19/2014    **Plea** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
     *TO SET COURT TRIAL CONTEMPT*
     Resource: Bailiff Konopa, Ken
     Resource: Courtroom Clerk Korreng, Kari
     Resource: Location Courtroom 20
     Held;
     *Held*
     Parties Present: Respondent    COUNTY OF SONOMA
                   Intervenor    COUNTY OF SONOMA

02/19/2014    📄 ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

     ---------- *Courtroom Minutes in S20* -----------

     *HON: Louise Bayles-Fightmaster REP: BRENDA KRAEGER CLK: Kari Korreng*
     *CHILD SUPPORT CONTEMPT CALENDAR*
     *ISSUES: PLEA, TO SET COURT TRIAL, CONTEMPT*
     *Counsel Kirk Gorman is present on behalf of Child Support*
     *Services.*
     *Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
     *present.*
     *Counsel C. Wallace Coppock is present with Respondent Mark T.*
     *Andrews.*
     *Upon conclusion of discussion, the Court orders the following;*
     *WAIVER OF RIGHTS*
     *Public Defender appointment is waived.*
     *Defendant is advised of rights, and waives same, admits 3 counts*
     *of Contempt.*
     *Court finds Defendant MARK T. ANDREWS guilty of 3 counts of*
     *Contempt.*
     *Defendant is Sentenced to 15 days in county jail,*
     *Sentence is suspended for a period of one year and he is placed on*
     *court probation on condition that he comply with all terms and*

*conditions of this order, and pay at least $125.00 per month on current support order, payable to the State Disbursement Unit (SDU),commencing March 1, 2014.*
*DCSS shall release any hold they have on Mr. Andrew's California Drivers' License or any other license because payment of a $500.00 lump sum, was made today in Court.*
*The matter is continued to June 4, 2014.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 02/19/2014 TO - 06/04/2014 at 1:30pm S20, REVIEW, CONTEMPT with reporter*

| | | |
|---|---|---|
| 02/19/2014 | | Findings and Order Regarding Contempt |
| 02/19/2014 | | Waiver of Rights |

| | |
|---|---|
| 06/04/2014 | **Review** (1:30 PM) (Judicial Officer: DeMeo, Bradford) |
| | *CONTEMPT* |
| | Resource: Courtroom Clerk Korreng, Kari |
| | Resource: Bailiff Konopa, Ken |
| | Resource: Location Courtroom 20 |
| | Held; |
| | *Held* |
| | *Parties Present: Respondent    COUNTY OF SONOMA* |
| | *Intervenor    COUNTY OF SONOMA* |

| | |
|---|---|
| 06/04/2014 | ----------- Courtroom Minutes ----------- (Judicial Officer: DeMeo, Bradford ) |

*----------- Courtroom Minutes in S20 -----------*

*HON: Bradford Demeo REP: Rocio M Lopez CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are present.*
*Neither Respondent Mark T. Andrews nor counsel C. Wallace Coppock are present.*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set at $125.00 per month.*
*Bench Warrant to issue in the amount of $66,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to September 17, 2014.*
*The matter is continued to September 17, 2014.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 06/04/2014 TO - 09/17/2014 at 1:30pm S20, REVIEW, CONTEMPT, STAYED BENCH WARRANT with reporter*

| | | |
|---|---|---|
| 06/04/2014 | | Findings and Order Regarding Contempt |
| 08/14/2014 | | Copy of ? |

*COPY OF LETTER FROM COURT REPORTER BOARD DENIED REIMBURSEMENT RE APPEAL*

| | |
|---|---|
| 09/17/2014 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |
| | *CONTEMPT STAYED BENCH WARRANT* |
| | Resource: Courtroom Clerk Korreng, Kari |
| | Resource: Bailiff Konopa, Ken |
| | Resource: Location Courtroom 20 |

Held;
*Held*
*Parties Present:*   *Respondent*   COUNTY OF SONOMA
                     *Intervenor*   COUNTY OF SONOMA

09/17/2014   📄 ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise )

---------- *Courtroom Minutes in S20* ------------

*HON: Louise Bayles-Fightmaster REP: Lisa Galli CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Petitioner Tatiana Andrews is not present*
*Counsel Wallace Coppock is present with Respondent Mark T. Andrews*
*$125.00 is paid today in Court*
*Upon conclusion of discussion, the Court orders the following;*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$66,000.00, as to MARK T. ANDREWS, is hereby set aside.*
*The Purging Conditions shall remain as set at $125.00 per month.*
*The matter is continued to October 29, 2014.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 09/17/2014 TO - 10/29/2014 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

09/17/2014   📄 Findings and Order Regarding Contempt

10/07/2014   📄 Certificate Re: Appellants Default

*CERTIFICATE RE APPELLANT'S DEFAULT*

10/07/2014   📄 Trust Withdrawal Request

*TRUST WITHDRAWAL REQUEST ($2,239.23 refunded to Tatiana Amarantes)*

10/21/2014   📄 Copy of ?

*COPY OF DCA DECISION- APPEAL IS DISMISSED*

10/27/2014   📄 Copy Mailed, Returned by Post Office, No Further Address
             *Clerk's Notice of Final Default*

10/29/2014   **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
             *CONTEMPT*
             Resource: Courtroom Clerk  Korreng, Kari
             Resource: Bailiff  Konopa, Ken
             Resource: Location  Courtroom 20
             Held;
             *Held*
             *Parties Present:*   *Respondent*   COUNTY OF SONOMA
                                  *Intervenor*   COUNTY OF SONOMA

| | |
|---|---|
| 10/29/2014 | 🗎 ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

---------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: Katherine R. Langstaff CLK: Kari Korreng*
*CHILD SUPPORT NON-PUBLIC DEFENDER CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Deputy Public Defender William Coppock is present with Defendant -*
*Respondent Mark T. Andrews.*
*$125.00 is paid today in Court*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set at $125.00 per month.*
*The matter is continued to February 11, 2015.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 10/29/2014 TO - 02/11/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

| | |
|---|---|
| 10/29/2014 | 🗎 Findings and Order Regarding Contempt |
| 12/18/2014 | 🗎 Remittitur - Appeal Dimissed |

*REMITTITUR - APPEAL DISMISSED*

Party: Respondent ANDREWS, MARK T; Petitioner ANDREWS, TATIANA; Intervenor
COUNTY OF SONOMA

| | |
|---|---|
| 12/18/2014 | **Judgment** |

Party (ANDREWS, MARK T)
Party (ANDREWS, TATIANA)
Party (COUNTY OF SONOMA)
Comment (REMITTITUR - APPEAL DISMISSED)
Comment (RESTRAINING ORDER AFTER HEARING(Contested)(Dom. Viol. Exp: 4-1-03))
Comment (JUDGMENT RESERVED ISSUES)
Comment (RESTRAINING ORDER AFTER TRIAL EXPIRES 7/22/2003)
Comment (RESTRAINING ORDER AFTER HEARING(Contested) (Dom. Viol. Exp: 12-10-02)

| | |
|---|---|
| 02/11/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*CONTEMPT*
Resource: Courtroom Clerk Korreng, Kari
Resource: Bailiff Konopa, Ken
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present: Respondent      COUNTY OF SONOMA*
*                Intervenor      COUNTY OF SONOMA*

| | |
|---|---|
| 02/11/2015 | 🗎 ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

---------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: Lisa Galli CLK: Kari Korreng*
*CHILD SUPPORT NON PUBLIC DEFENDER CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*

*Neither Petitioner Tatianna Andrews nor counsel Georgiann Rovai*
*are present.*
*Neither Respondent Mark T. Andrews nor counsel Wallace Coppock are*
*present.*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set.*
*Bench Warrant to issue in the amount of $70,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to March 18, 2015.*
*The matter is continued to March 18, 2015 and Mr. Andrews must*
*appear.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 02/11/2015 TO - 03/18/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT, STAYED BENCH WARRANT with reporter*

| | |
|---|---|
| 02/11/2015 | Findings and Order Regarding Contempt |

| | |
|---|---|
| 03/18/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

    *CONTEMPT STAYED BENCH WARRANT*
    Resource: Courtroom Clerk Korreng, Kari
    Resource: Bailiff Konopa, Ken
    Resource: Location Courtroom 20
    Held;
    *Held*
    Parties Present: Respondent    COUNTY OF SONOMA
                Intervenor    COUNTY OF SONOMA

| | |
|---|---|
| 03/18/2015 | ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

    *---------- Courtroom Minutes in S20 -----------*

    *HON: Louise Bayles-Fightmaster REP: Lisa Galli CLK: Kari Korreng*
    *CHILD SUPPORT CONTEMPT CALENDAR*
    *ISSUES: REVIEW, CONTEMPT, STAYED BENCH WARRANT*
    *Counsel Kirk Gorman is present on behalf of Child Support*
    *Services.*
    *Petitioner Tatiana Andrews is not present*
    *Counsel C. Wallace Coppock is present with Respondent Mark T.*
    *Andrews.*
    *Counsel Gorman informs the Court Mr. Andrews provided medical*
    *records regarding his inability to meet his purging from December*
    *through May.*
    *Upon conclusion of discussion, the Court orders the following;*
    *The Purging shall be addressed at the review.*
    *The Previously Stayed Bench Warrant to issue in the amount of*
    *$70,000.00, as to MARK T. ANDREWS, is hereby set aside.*
    *Mr. Andrews shall bring his updated medical record to the review*
    *as his next appointment is May 11, 2015.*
    *The matter is continued to May 13, 2015.*
    *FINDINGS AND ORDER REGARDING CONTEMPT*
    *CONTINUED FROM 03/18/2015 TO - 05/13/2015 at 1:30pm S20, REVIEW,*
    *CONTEMPT with reporter*

| | |
|---|---|
| 03/18/2015 | Findings and Order Regarding Contempt |

| | |
|---|---|
| 05/13/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

    *CONTEMPT*
    Resource: Bailiff Konopa, Ken
    Resource: Courtroom Clerk Korreng, Kari
    Resource: Location Courtroom 20
    Held;
    *Held*
    Parties Present: Respondent    COUNTY OF SONOMA

# CASE SUMMARY
## CASE NO. SFL15804

*Intervenor    COUNTY OF SONOMA*

| | |
|---|---|
| 05/13/2015 | 🖼 ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

*----------- Courtroom Minutes in S20 -----------*

*HON: Louise Bayles-Fightmaster REP: Lisa Galli CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Counsel Wallace Coppock is present with Respondent Mark T. Andrews*
*Counsel Gorman informs the Court Mr. Andrews provided updated*
*medical records today.*
*Upon conclusion of discussion, the Court orders the following;*
*The matter is continued to August 19, 2015, at which time the*
*purging shall be addressed.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 05/13/2015 TO - 08/19/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

| | |
|---|---|
| 05/13/2015 | 🖼 Findings and Order Regarding Contempt |
| 08/19/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

CONTEMPT
Resource: Courtroom Clerk  Korreng, Kari
Resource: Bailiff  Konopa, Ken
Resource: Location  Courtroom 20
Held;
*Held*
Parties Present:  Respondent      COUNTY OF SONOMA
                 Intervenor       COUNTY OF SONOMA

| | |
|---|---|
| 08/19/2015 | 🖼 ----------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise ) |

*----------- Courtroom Minutes in S20 -----------*

*HON: Louise Bayles-Fightmaster REP: Beth E. Grant CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Neither Respondent Mark T. Andrews nor counsel C Wallace Coppock*
*are present.*
*Upon conclusion of discussion, the Court orders the following;*
*Bench Warrant to issue in the amount of $73,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to September 16, 2015.*
*The matter is continued to September 16, 2015 and Mr. Andrews must*
*appear.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 8/19/2015 TO - 09/16/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

| | |
|---|---|
| 08/19/2015 | 🖼 Findings and Order Regarding Contempt |
| 09/16/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) |

*CONTEMPT*
Resource: Courtroom Clerk Korreng, Kari
Resource: Bailiff Konopa, Ken
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present: Respondent* COUNTY OF SONOMA
     *Intervenor* COUNTY OF SONOMA

| | | |
|---|---|---|
| 09/16/2015 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) | |

   ----------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: Aaron Ellington CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Petitioner Tatiana Andrews is not present Georgiann Rovai*
*Neither Respondent Mark T. Andrews nor counsel Wallace Coppock are*
*present.*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set.*
*Bench Warrant to issue in the amount of $73,000.00, as to*
*MARK T. ANDREWS, execution is hereby stayed to October 28, 2015.*
*The matter is continued to October 28, 2015 and Mr. Andrews must*
*appear.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 09/16/2015 TO - 10/28/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT, STAYED BENCH WARRANT with reporter*

| | | |
|---|---|---|
| 09/16/2015 | Findings and Order Regarding Contempt | |
| 10/28/2015 | **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise) | |

    *CONTEMPT STAYED BENCH WARRANT*
    Resource: Bailiff Konopa, Ken
    Resource: Courtroom Clerk Korreng, Kari
    Resource: Location Courtroom 20
    Held;
    *Held*
    *Parties Present: Respondent* COUNTY OF SONOMA
         *Intervenor* COUNTY OF SONOMA

| | | |
|---|---|---|
| 10/28/2015 | ----------- Courtroom Minutes ------------ (Judicial Officer: Bayles-Fightmaster, Louise ) | |

   ----------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: Janene Biggs CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Counsel Andrew Alger, for Wally Coppock, is present on behalf of*
*Respondent Mark T. Andrews.*
*Upon conclusion of discussion, the Court orders the following;*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$73,000.00, as to MARK T. ANDREWS, execution is hereby further*
*stayed to November 18, 2015.*
*The matter is continued to November 18, 2015 and Mr. Andrews must*

*appear.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 10/28/2015 TO - 11/18/2015 at 1:30pm S20, REVIEW,*
*CONTEMPT, STAYED BENCH WARRANT with reporter*

| | |
|---|---|
| 10/28/2015 | Findings and Order Regarding Contempt |

11/18/2015     **Review** (1:30 PM) (Judicial Officer: Bayles-Fightmaster, Louise)
*CONTEMPT STAYED BENCH WARRANT*
Resource: Bailiff Konopa, Ken
Resource: Courtroom Clerk Korreng, Kari
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present:* Respondent     COUNTY OF SONOMA
                 Intervenor     COUNTY OF SONOMA

11/18/2015     ---------- Courtroom Minutes ----------- (Judicial Officer: Bayles-Fightmaster, Louise )

           ---------- *Courtroom Minutes in S20* -----------

*HON: Louise Bayles-Fightmaster REP: Mariah J. Dietz CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT, STAYED BENCH WARRANT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tataina Andrews nor counsel Georgiann Rovai are*
*present.*
*Counsel C. Wallace Coppock is present with Respondent Mark T.*
*Andrews.*
*$100.00 is paid today in Court*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set at $100.00 per month.*
*The Previously Stayed Bench Warrant to issue in the amount of*
*$73,000.00, as to MARK T. ANDREWS, is hereby set aside.*
*The matter is continued to April 6, 2016.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 11/18/2015 TO - 04/06/2016 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

| | |
|---|---|
| 11/18/2015 | Findings and Order Regarding Contempt |
| 03/30/2016 | Request for Order |

*REQUEST FOR ORDER **RETURN ON SUBPOENA***
***SET PER COMMISSIONER DWYER** - 04/20/2016 at 8:30am S20, OTHER*
*with reporter*

Party: Respondent ANDREWS, MARK T

| | |
|---|---|
| 04/05/2016 | Proof of Service by Mail |

*PROOF OF SERVICE BY MAIL*

Party: Intervenor COUNTY OF SONOMA

04/06/2016     **Review** (1:30 PM) (Judicial Officer: Dwyer, Gregory)
*CONTEMPT*

Resource: Bailiff  Konopa, Ken
Resource: Courtroom Clerk  Korreng, Kari
Resource: Location  Courtroom 20
Held;
*Held*
*Parties Present:  Respondent      COUNTY OF SONOMA*
*                  Intervenor       COUNTY OF SONOMA*

04/06/2016   ----------- Courtroom Minutes ----------- (Judicial Officer: Dwyer, Gregory )

*----------- Courtroom Minutes in S20 -----------*

*HON: Gregory Dwyer REP: Rocio M Lopez CLK: Kari Korreng*
*CHILD SUPPORT CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Counsel C. Wallace Coppock is present with Respondent Mark T.*
*Andrews.*
*$400.00 is paid today in Court*
*Upon conclusion of discussion, the Court orders the following;*
*The Purging Conditions shall remain as set at $100.00 per month.*
*The matter is continued to July 13, 2016.*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 04/06/2016 TO - 07/13/2016 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

04/06/2016   Findings and Order Regarding Contempt

04/12/2016   Responsive Declaration to Request for Order

*RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION*

Party:  Intervenor  COUNTY OF SONOMA

04/12/2016   Proof of Service by Mail

*PROOF OF SERVICE BY MAIL*

Party:  Intervenor  COUNTY OF SONOMA

04/20/2016   **Other** (8:30 AM)  (Judicial Officer: Dwyer, Gregory)
Resource: Courtroom Clerk  Korreng, Kari
Resource: Bailiff  Konopa, Ken
Resource: Location  Courtroom 20
Held;
*Held*
*Parties Present:  Defendant       ANDREWS, MARK T*
*                  Respondent       ANDREWS, MARK T*
*                  Appellant        ANDREWS, MARK T*
*                  Other            ANDREWS, MARK T*

04/20/2016   ----------- Courtroom Minutes ----------- (Judicial Officer: Dwyer, Gregory )

*----------- Courtroom Minutes in S20 -----------*

*HON: Gregory Dwyer REP: Lisa Galli CLK: Kari Korreng*
*CHILD SUPPORT CALENDAR*
*ISSUES: RETURN OF SUBPOENA*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are*
*present.*
*Counsel C. Wallace Coppock is present with Respondent Mark T.*
*Andrews.*
*Counsel Coppock informs the Court he is requesting to drop his*
*motion.*
*Upon conclusion of discussion, the Court orders the following;*
*Matter is DROPPED from calendar.*

07/13/2016 **Review** (1:30 PM) (Judicial Officer: Rasmason, Becky)
*CONTEMPT*
Resource: Courtroom Clerk Lee, Sylvia
Resource: Location Courtroom 20
Held;
*Held*
*Parties Present: Respondent    COUNTY OF SONOMA*
*                  Intervenor     COUNTY OF SONOMA*

07/13/2016 ---------- Courtroom Minutes ------------ (Judicial Officer: Rasmason, Becky )

---------- *Courtroom Minutes in S20* ------------

*HON: Becky Rasmason REP: Mariah J. Dietz CLK: Sylvia Lee*
*CHILD SUPPORT NON PUBLIC DEFENDER CONTEMPT CALENDAR*
*ISSUES: REVIEW, CONTEMPT*
*Counsel Kirk Gorman is present on behalf of Child Support*
*Services.*
*Petitioner Tatiana Andrews is not present*
*Counsel Wallace Coppock is present with Respondent Mark Andrews.*
*$300.00 is paid today in Court by Respondent*
*Upon conclusion of discussion, the Court orders the following:*
*Purging Conditions are set at $100.00 per month.*
*This matter is continued to October 12, 2016 for review*
*FINDINGS AND ORDER REGARDING CONTEMPT*
*CONTINUED FROM 07/13/2016 TO - 10/12/2016 at 1:30pm S20, REVIEW,*
*CONTEMPT with reporter*

07/13/2016 Findings and Order Regarding Contempt

10/12/2016 Review (1:30 PM) (Judicial Officer: Rasmason, Becky)
*CONTEMPT*
Resource: Court Reporter Hunnicutt, Janet
Resource: Courtroom Clerk Lee, Sylvia
Resource: Location Courtroom 20
*10/12/2016    Reset by Court to 10/12/2016*

**MINUTES**

Findings and Order Regarding Contempt
Party: Intervenor COUNTY OF SONOMA; Attorney SONOMA COUNTY DCSS
Uncontested;
Journal Entry Details:
*NON PD-CONTEMPT CALENDAR ISSUES: REVIEW, CONTEMPT Attorney KIRK*
*GORMAN is present on behalf of the Sonoma County Department of Child Support*
*Services (DCSS) Upon conclusion of discussion, the Court orders the following: Bench Warrant to*
*issue as to MARK T. ANDREWS in the amount of $77,000.00. Execution is hereby stayed to*
*1/18/2017 Purging Conditions continue as set at $100.00 per month. The matter is continued*

*to 1/18/2017 at 1:30 p.m. in Department 20 for review, stayed bench warrant. Findings And Order Regarding Contempt is filed.;*
*Uncontested*
*Parties Present:  Intervenor  COUNTY OF SONOMA*
*Attorney  SONOMA COUNTY DCSS*

**SCHEDULED HEARINGS**

**Contempt** (01/18/2017 at 1:30 PM)  (Judicial Officer: Rasmason, Becky)
*Review, Stayed Bench Warrant*
Resource: Courtroom Clerk  Assigned, Ctrm Clerk
Resource: Location  Courtroom 20
**01/18/2017      Reset by Court to 01/18/2017**
*Held and Continued*
*Parties Present:  Respondent  ANDREWS, MARK T*
*Attorney  SONOMA COUNTY DCSS*

| | |
|---|---|
| 10/12/2016 | Findings and Order Regarding Contempt |
| | Party:  Intervenor COUNTY OF SONOMA;  Attorney SONOMA COUNTY DCSS |
| | |
| 01/18/2017 | Findings and Order Regarding Contempt |
| | |
| 01/18/2017 | **Contempt** (1:30 PM)  (Judicial Officer: Rasmason, Becky) |

*Review, Stayed Bench Warrant*
Resource: Courtroom Clerk  Assigned, Ctrm Clerk
Resource: Location  Courtroom 20
**01/18/2017      Reset by Court to 01/18/2017**

**MINUTES**

Findings and Order Regarding Contempt

Held and Continued;
Journal Entry Details:
*WALLACE COPPOCK, attorney for Defendant/Citee, is not present. The matter proceeds uncontested. The Court orders as follows: The warrant issued and stayed on October 12, 2016, as to citee MARK T. ANDREWS in the amount of $77,000.00 is hereby recalled; The matter shall be continued for contempt compliance review to April 19, 2017, at 1:30 p.m. in Department 20--citee and his attorney shall appear on that date. ;*
*Held and Continued*
*Parties Present:  Respondent  ANDREWS, MARK T*
*Attorney  SONOMA COUNTY DCSS*

**SCHEDULED HEARINGS**
**Compliance Hearing** (04/19/2017 at 1:30 PM)  (Judicial Officer: Rasmason, Becky)
Resource: Court Reporter  Galli, Lisa
Resource: Courtroom Clerk  Esposti, Sonja
Resource: Location  Courtroom 20

| | |
|---|---|
| 04/19/2017 | **Compliance Hearing** (1:30 PM)  (Judicial Officer: Rasmason, Becky) |
| | Resource: Court Reporter  Galli, Lisa |
| | Resource: Courtroom Clerk  Esposti, Sonja |
| | Resource: Location  Courtroom 20 |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Other**  CV-366385, CONV Financial party | |
| | Total Charges | 383.40 |
| | Total Payments and Credits | 383.40 |
| | **Balance Due as of  5/3/2017** | **0.00** |
| | | |
| | **Petitioner**  ANDREWS, TATIANA | |
| | Total Charges | 37.00 |
| | Total Payments and Credits | 37.00 |
| | **Balance Due as of  5/3/2017** | **0.00** |

**Respondent** ANDREWS, MARK T
Total Charges     623.50
Total Payments and Credits     623.50
**Balance Due as of 5/3/2017**     **0.00**

**Other** CV-366385, CONV Financial party
Other Civil Trust Balance as of 5/3/2017     **0.00**

**Petitioner** ANDREWS, TATIANA
Court Reporter Transcripts Trust Balance as of 5/3/2017     **0.00**

**Petitioner** ANDREWS, TATIANA
Appeals Transcripts Trust Balance as of 5/3/2017     **0.00**

I HEREBY CERTIFY THAT THE WITHIN INSTRU-
MENT IS A FULL, TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE IN THIS OFFICE.

MAY - 3 2017

Clerk of the Superior Court of California
County of Sonoma
By_____Deputy Clerk

Exhibit 2

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, state bar number, and address)* or
GOVERNMENTAL AGENCY *(pursuant to Family Code, §§ 17400,17404)*:
JULIE S. PAIK , ATTORNEY
SONOMA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES
3725 WESTWIND BLVD
STE 200                                                    09700054564-01
SANTA ROSA CA 95403-1099

TELEPHONE NO.(Optional): (866) 901-3212        FAX NO. *(Optional)*: (707) 565-4018
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Under Family Code §§ 17400 & 17406

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA
FEB 1 9 2014
BY_____
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**
STREET ADDRESS: 3055 CLEVELAND AVE
MAILING ADDRESS: 3055 CLEVELAND AVE
CITY AND ZIP CODE: SANTA ROSA 95403-212
BRANCH NAME: SUPERIOR COURT

PETITIONER/PLAINTIFF: TATIANA ANDREWS

RESPONDENT/DEFENDANT: MARK T. ANDREWS

OTHER PARENT:

**FINDINGS AND ORDER REGARDING CONTEMPT**
**(Family Law)**

CASE NUMBER:
15804

1. This matter proceeded as follows:
     [ ] Uncontested   [X] By stipulation   [ ] Contested
   a. Date: 02/19/2014   Dept.: 20   Judicial officer: LOUISE BAYLES-FIGHTMASTER
   b. [ ] Petitioner/Plaintiff present   [ ] Attorney present *(name)*:
   c. [X] Respondent/Defendant present   [X] Attorney present *(name):* W. Coppuch
   d. [ ] Other parent present   [ ] Attorney present *(name)*:
   e. [ ] Governmental agency by *(name)*: KIRK GORMAN
   f. [ ] Other appearances *(specify)*:
   g. On the *Order to Show Cause and Affidavit for Contempt* (form FL-410)
     Filed by DCSS   on *(date):* 4/5/12

   **Review Date:** 6/4/14
   **Time:** 1:30
   **Courtroom:** 20

2. The "Citee" for purposes of this order is   [ ] Petitioner/Plaintiff   [X] Respondent/Defendant
     [ ] Other *(specify)*:

3. a. Citee has been advised of rights to:
   | | | | | |
   |---|---|---|---|---|
   | (1) | [X] counsel | [X] requested | [ ] waived | right |
   | (2) | [X] appointed counsel | [ ] requested | [X] waived | right |
   | (3) | [X] continuance to obtain counsel | [ ] requested | [X] waived | right |
   | (4) | [X] a hearing/trial (to cross-examine, call, and compel the attendance of witnesses) | [ ] requested | [X] waived | right |
   | (5) | [X] privilege against self-incrimination | [ ] requested | [X] waived | right |
   | (6) | [ ] other *(specify)*: | [ ] requested | [ ] waived | right |

   b. [X] Written advisement and waiver of rights attached.

**THE COURT FINDS:**

4. [X] Citee knowingly, intelligently and voluntarily waived rights as set forth in item 3.

5. a. [X] There are valid orders of the court.
   b. [X] Citee had knowledge of the orders.
   c. [X] Citee violated the orders by *(specify):* Failure to pay Support
   d. [X] Citee has freely and voluntarily admitted to the defaults/violations specified in item 6.
   e. [X] There is a factual basis for the plea entered.
   f. [ ] Other *(specify)*:

6. Citee is guilty of contempt of court for the following counts (defaults/violations) alleged in the *Order to Show Cause and Affidavit for Contempt* (form FL-410) *(specify)*:

   8/11, 9/11, 10/11   ( 3 counts )

Form Approved for Optional Use
Judicial Council of California
FL-415 [Rev. July 1, 2003]

**FINDINGS AND ORDER REGARDING CONTEMPT**
**(Family Law—Domestic Violence Prevention—Uniform Parentage**
**—Governmental)**

Family Code, §§ 17400, 17402, 17404,
CCP, §§ 1209, 1218
www.courtinfo.ca.gov
Page 1 of 3
POP

7. a. ☐ Citee is not guilty of contempt of court for the following counts (defaults/violations) alleged in the *Order to Show Cause and Affidavit for Contempt* (form FL-410) *(specify):*

   b. ☐ Citee has a previous finding of contempt *(specify):*

8. ☐ Citee waived time for sentencing.
9. ☐ Citee waived time for trial.
10. ☐ Citee failed to appear as ordered.
11. ☐ Other *(specify):*

**THE COURT ORDERS**

12. a. ☒ That the following counts alleged in the *Order to Show Cause and Affidavit for Contempt* (form FL-410) *(specify):* 12/10, 1/11, 2/11,

    are dismissed ☒ with prejudice. ☐ without prejudice. 3/11, 4/11, 5/11, 6/11, 7/11, and

    b. ☐ That the request to dismiss the following counts alleged in the *Order to Show Cause and Affidavit for Contempt* (form FL-410) *(specify):* is denied. 11/11.

13. ☐ Citee must perform _____ hours community service for counts *(specify):*

    a. ☐ To commence on *(date):* _____ to be completed by *(date):*
       Citee must report to *(specify):*
       on *(date):* _____ at *(time):*

    b. ☐ Citee must pay an administrative fee of $ _____
       ☐ as determined by the community service agency

14. ☒ Citee must serve 15 DAYS ~~hours~~ in the county jail for counts *(specify):* 8/11, 9/11, 10/11
    ☐ To commence on *(date):* _____ to be completed by *(date):*
       Citee shall report to *(specify):*
       on *(date):* _____ at *(time):*

15. ☐ Citee must pay:
    a. ☐ attorney fees in the total amount of $ _____ payable to *(specify name):*

    b. ☐ fines in the total amount of $ _____

16. a. ☐ The contempt proceedings are suspended on condition that citee comply with all terms and conditions of this order.

    b. ☒ Imposition of sentence is suspended on condition that citee comply with all terms and conditions of this order.

17. ☒ Execution of sentence for _____ hours of community service ☒ 15 DAYS ~~hours~~ in county jail
    will be suspended for a period of 1 year _____ and citee is placed on court probation on condition that citee comply
    with all terms and conditions of this order, and
    a. ☐ Comply with current support order.
    b. ☒ Pay at least $ 125.00 per month on current support order, payable to *(specify name):* CA SDU, DCSS
       commencing *(date):* 3/1/14
    c. ☐ Pay at least $ _____ per month on arrears commencing *(date):*
    d. ☐ Serve any remaining hours not suspended as specified in items 13 and 14.

18. ☐ Citee must seek and maintain employment and must keep written records, copies of which must be forwarded by the 5th day of
    each month as follows to the ☐ Local Child Support Agency ☐ court
    ☐ other *(specify):*
    a. Records of efforts to gain employment must include the name, address, and telephone numbers of individuals and firms
       contacted regarding employment, the dates of such contact and the anticipated results.
    b. Records of all actual employment must include the name of the employer, dates, and hours worked and the gross and
       net amounts of income from each employer.

19. Orders for payments required to be made as conditions of probation or suspension of sentence in this order do not modify a court ordered support obligation.

20. Citee must provide written notification to the superior court clerk of any change in residence and to
    ☐ the local child support agency ☐ the other party
    of any change of residence, income, or employment within 10 days of the change.

21. ☐ A wage and earnings assignment will issue.

22. ☒ This matter is continued to (date): 6/4/14 at (specify time): 1:3 o
    in court department (specify): 2 o room (specify): of this court for ☐ further hearing
    ☒ compliance review. Citee is ordered to personally appear in court on that date and time.
    **WARNING:** Failure to appear may result in issuance of a bench warrant for citee's arrest.

23. ☐ A *Warrant of Attachment* will issue for citee's arrest. Bail is set in the sum of: $
    ☐ Execution of the *Warrant of Attachment* is stayed until (date):
    at (specify court name):

24. ☒ Other (specify):

    (A) DCSS shall release any hold they have in
    Citee's CDL or any other license ~~upon~~ because payment of
    a $500.00 lump sum, was made today in court.

    ~~[scribbled out text]~~

25. Number of pages attached: 2

| ☐ Approved as conforming to court order and findings: | Date: FEB 19 2014 |
|---|---|
| Date: | |
| _C. L. Mann_ | _[signature]_ |
| (SIGNATURE OF ATTORNEY FOR CITEE) | (JUDICIAL OFFICER OF THE SUPERIOR COURT) |
| ☐ The citee agrees to the above terms: | ☐ Signature follows last attachment |
| Date: | |
| _[signature]_ | |
| (SIGNATURE OF CITEE) | |

FL-415 [Rev. July 1, 2003]
**FINDINGS AND ORDER REGARDING CONTEMPT**
(Family Law—Domestic Violence Prevention—
Uniform Parentage—Governmental)
Page 3 of 3
POP



ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*      TELEPHONE NO.:

Julie S Paik Attorney                                    1-866-901-3212
Department of Child Support Services
3725 Westwind Blve Suite 200
Santa Rosa  CA  95403

ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**
STREET ADDRESS: ·3055 Cleveland Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ROSA, CA  95403
BRANCH NAME: Family and Civil-Law Courthouse

PETITIONER/PLAINTIFF: Tatiana Andrews.

RESPONDENT/DEFENDANT: Mark T. Andrews

OTHER PARENT/CLAIMANT:

FOR COURT USE ONLY



F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

FEB 1 y 2014

BY _____
Deputy Clerk

**WAIVER OF CONSTITUTIONAL RIGHTS PRIOR TO ENTRY OF
PLEA OF GUILTY OR NOLO CONTENDRE**

CASE NUMBER:
15804

## Obligor to Initial After Reading:

1. I UNDERSTAND THAT I AM CHARGED WITH CONTEMPT OF COURT TO WHICH I INTEND TO ADMIT AND I HEREBY SPECIFICALLY, INTENTIONALLY, AND WITH FULL KNOWLEDGE AND UNDERSTANDING THEREOF, GIVE UP EACH AND ALL OF MY FOLLOWING RIGHTS:

   a. To be represented by an attorney of my own choice, or if I cannot afford an attorney, to have the court appoint one to represent me, subject however, to the possibility that the court may at the conclusion of these proceedings against me, require that I pay a portion or all of the cost thereof based upon my then financial ability.

   b. To a public trial by court.

   c. To a speedy trial.

   d. To confront the witnesses against me in trial and to cross-examine them myself or through my attorney.

   e. To subpoena witnesses for my defense.

   f. To testify in my own defense.

   g. To refuse to testify if I so desire and to thereby refuse to give evidence that may be used against me.

   h. To the presumption of innocence until the prosecution shall have proved me guilty beyond a reasonable doubt.

2. I UNDERSTAND THE NATURE OF THE CHARGES AGAINST ME, THE ELEMENTS THEREOF, AND THE AVAILABLE PLEAS AND DEFENSES THERETO.

3. I UNDERSTAND THAT THE PENALTIES FOR THIS OFFENSE ARE AS FOLLOWS:

   **First finding of contempt:** No mandatory minimum sentence.
   Maximum sentence: 120 hours of community service *or* 120 hours of imprisonment, for each count of contempt.
   **Second finding of contempt:** No mandatory minimum sentence.
   Maximum sentence: 120 hours of community service, *and* 120 hours of imprisonment, for each count of contempt.
   **Third and subsequent finding of contempt:** No mandatory minimum sentence.
   Maximum sentence: 240 hours of community service, and 240 hours of imprisonment for each count of contempt.

   I understand that if I do not do the community service as ordered by the Court for any finding of contempt, a jail sentence will be imposed.

4. I UNDERSTAND THAT IF I AM NOT A CITIZEN OF THE UNITED STATES, THE CONVICTION FOR THE OFFENSE CHARGED MAY HAVE THE CONSEQUENCES OF DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

5. MY PLEA IS ENTERED FREELY AND VOLUNTARILY.

6. **OBLIGOR:** I have personally initialed each of the above and understand each and every one of the rights outlined above and I hereby waive and give up each of them in order to enter my plea to the above charge.

   DATED: Feb 19, 2014          SIGNED: _____
                                          *(Obligor's Signature)*

7. **OBLIGOR'S ATTORNEY ONLY:** I am the obligor's attorney of record and I have explained each of the above rights to the obligor, and having explored the facts with him/her and studied his/her possible defenses to the charge(s), I concur in his/her decision to waive the above rights and to admit the charge(s). I further stipulate that this document may be received by the court as evidence of the obligor's intelligent waiver of these rights and that it shall be filed by the clerk as permanent record of that waiver. I have witnessed the reading of this form by the obligor and his/her initialings and signature upon it.

   DATED: 2-19- 2014          SIGNED: _____
                                          *(Attorney's Signature)*

**INTERPRETER:**
I, _____, a qualified interpreter, having been sworn, truly translated this form and all the questions therein to the obligor in the _____ language. With the exception of the obligor's signature, I have completed the form at the obligor's direction. The obligor indicated understanding the contents of the form, and then signed the form.

DATED: _____          SIGNED: _____
                                               *(Interpreter's Signature)*

8. THE COURT FINDS THAT SAID WAIVERS HAVE BEEN MADE KNOWINGLY, INTELLIGENTLY, FREELY, VOLUNTARILY, AND UNDERSTANDINGLY, AND THAT THERE IS A FACTUAL BASIS FOR THE PLEA(S).

   FEB 19 2014

   DATED: _____          SIGNED: _____
                                                  *(Judicial Officer)*

SUPERIOR COURT OF CALIFORNIA, COUNTY F SONOMA
CIVIL PROCEEDINGS AS OF  2/28/2014

ANDREWS DISSO
_____

ANDREWS, ALEXIS KAYLEIGH ANN (MINOR)

ANDREWS, GEORGE BENJAMIN (MINOR)

ANDREWS, MARK T (APPELLANT, CIV DEFDNT, RESPONDENT)
  (AT COPPOCK, C WALLACE)

ANDREWS, TATIANA (PETITIONER, PLAINTIFF, RESPONDENT)
  (AT ROVAI, GEORGIANN)

COUNTY OF SONOMA (INTERVENOR, RESPONDENT)
  (AT SONOMA COUNTY DCSS)

=======================================================================

02/19/2014 ----------- Courtroom Minutes in S20 -------------
                Hon:LOUISE BAYLES-FIGHTM Rep:BRENDA KRAEGER   Clk:Kari Korreng
          CHILD SUPPORT CONTEMPT CALENDAR
          .ISSUES: PLEA, TO SET COURT TRIAL, CONTEMPT
          Counsel Kirk Gorman is present on  behalf of Child Support
           Services.
          Neither Petitioner Tatiana Andrews nor counsel Georgiann Rovai are
           present.
          Counsel C. Wallace Coppock is present with Respondent Mark T.
           Andrews.
          Upon conclusion of discussion, the Court orders the following;
          WAIVER OF RIGHTS
          Public Defender appointment is waived.
          Defendant is advised of rights, and waives same,  admits 3 counts
           of Contempt.
          Court finds Defendant MARK T. ANDREWS guilty of 3 counts of
           Contempt.
          Defendant is Sentenced to 15 days in county jail,
          Sentence is suspended for a period of one year and he is placed on
          court probation on condition that he comply with all terms and
           conditions of this order, and pay at least $125.00 per month on
           current support order, payable to the State Disbursement Unit
           (SDU),commencing March 1, 2014.
          DCSS shall release any hold they have on Mr. Andrew's California
           Drivers' License or any other license because payment of a $500.00
           lump sum, was made today in Court.
          The matter is continued to June 4, 2014.
          FINDINGS AND ORDER REGARDING CONTEMPT
          CONTINUED FROM 02/19/2014 TO - 06/04/2014 at 1:30pm S20, REVIEW,
          CONTEMPT with reporter
             IN  COUNTY OF SONOMA
                      *****   End of Docket   *****