1  MARK T. ANDREWS
2  3436C MENDOCINO AVE
   SANTA ROSA, CA 95403
3  707-280-7425
   nottobetakenaway@live.com
4  Plaintiff Pro Se

RECEIVED

NOV 15 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANDREWS; | CASE NO: 17-cv-0252-DMR |
| Plaintiff, | JUDGE: William H. Orrick |
| vs. | (~~PROPOSED~~ ORDER) STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS 12(B)(1)(6) (L.R. 6-1(A)) AND MOVE COURT DATE. |
| CALIFORNIA DEPARTMENT OF CONSUMERS AFFAIRS; SONOMA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR; LOUISE BAYLES FIGHTMASTER, in her official capacity as the commissioner appointed by state court judges; KIRK GORMAN, in his official capacity as the attorney for the Department of Child Support Services; Kathy Simon in her official capacity as case worker for Child Support Services; DOES 1 through 20; Defendants. | DATE: DECEMBER 6, 2017 TIME: 2PM DEPT: 2-17th floor |

OPPOSITION TO MOTION TO DISMISS                                           Page 1

Plaintiff Mark Andrews ("Plaintiff") and Defendants CALIFORNIA DEPARTMENT OF CONSUMERS AFFAIRS; SONOMA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR; LOUISE BAYLES FIGHTMASTER, KIRK GORMAN, KATHY SIMON ("Defendants") (collectively the "Parties") by and thru each Defendants attorney; hereby stipulate to extend the time for Plaintiff to answer or otherwise respond to Defendant's Motion to Dismiss 12(b)(1) and (6), pursuant to Northern District of California Civil Local Rule 6-1(a), up to and including November 16, 2017. Also agreed to by the parties, It is requested to the court to move the December 6, 2017 court date to December 13, 2017

IT IS HEREBY ORDERED BY THIS COURT:

This court orders having shown good cause, pursuant to Local Civil Rule 6-1(a), the time for Plaintiff to answer or otherwise respond to the Motion to Dismiss is extended up to and including November 16, 2017.

Also this court orders court date from December 6, 2017 to December 13, 2017 at 2:00 p.m.

Dated: November 20, 2017

Respectfully

_____
Honorable William Orrick III